1  Steven M. Heller, #79067
2  Paige M. Hibbert, #143105
   HELLER & HIBBERT, LLP
3  11335 Gold Express Drive, Suite 145
   Gold River, CA 95670
4  Telephone:  (916) 853-0500
   Facsimile:   (916) 853-0220

5  Attorneys for Plaintiffs LINDA S. BEATTIE and
   BRUCE C. BEATTIE

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                  SACRAMENTO DIVISION

| | |
|---|---|
| LINDA S. BEATTIE and BRUCE C. BEATTIE,<br><br>           Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO, and DOES 1-100,<br><br>           Defendants. | CASE NO.: S-03-1444 FCD PAN<br><br>**PLAINTIFFS' AMENDED F.R.C.P. 16(b) NOTICE OF MOTION TO EXTEND THE STATUS (PRETRIAL SCHEDULING) ORDER DISCOVERY CUTOFF AND TO DISCLOSE LAY WITNESSES**<br><br>DATE:  September 23, 2005<br>TIME:   10:00 a.m.<br>COURTROOM:  2 |

PLEASE TAKE NOTICE plaintiffs' Motion to Extend the Status (Pretrial Scheduling) Order Discovery Cutoff and to Disclose Lay Witness filed and served on August 26, 2005, stated the Courtroom as 25.  Plaintiffs' motion papers should have stated Courtroom 2 as the correct courtroom for this motion.

DATED: August 29, 2005                    HELLER & HIBBERT, LLP


                                          /s/  Steven M. Heller
                                          STEVEN M. HELLER
                                          Attorneys for Plaintiffs

1

Re:   *Beattie v. Southwest Airlines Co., et al.*
U.S. District Court, Eastern District of California Case No. S-03-1444 FDC PAN

## PROOF OF SERVICE

I am a citizen of the United States and a resident of Sacramento County.  I am over the age eighteen years and not a party to the within named action; my business address is 11335 Gold Express Drive, Suite 145, Gold River, California 95670.

On August 29, 2005, I served the following document(s) on the parties listed below:

**PLAINTIFFS' AMENDED F.R.C.P. 16(b) MOTION TO EXTEND THE STATUS (PRETRIAL SCHEDULING) ORDER DISCOVERY CUTOFF AND TO DISCLOSE LAY WITNESSES**

  XX   (MAIL) on the parties in this action at the address(es) listed below by placing a copy thereof in a sealed envelope with postage fully prepaid and depositing with the U.S. Postal Service in the designated area for outgoing mail.  I am familiar with the procedures of this office for processing mail.

_____   (PERSONAL DELIVERY) on the parties in this action by causing a true copy thereof to be delivered by hand to the offices of the addressee(s) listed below.

_____   (FACSIMILE)  by sending a true copy thereof by facsimile machine to the persons and at the facsimile numbers listed below.  Receipt of the facsimile sent has been verified.

_____   (OVERNIGHT MAIL) by depositing with an overnight carrier with postage/fees fully prepaid.  I am familiar with the procedures of this office for processing overnight mail.

Elizabeth Dolter
Kenney & Markowitz LLP
255 California Street, Suite 1300
San Francisco, CA 94111
Phone:  (415) 397-3100
Fax:  (415) 397-3170

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 29, 2005 at Gold River, California.

/s/  Brenda L. Gilbert
Brenda L. Gilbert

2

Plaintiffs' Amended F.R.C.P. 16(b) Motion to Extend the Status Pretrial Scheduling) Order Discovery Cutoff and to  Disclose Lay Witnesses