## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**LINDA S. BEATTIE, et al.,**
**Plaintiff(s),**

**vs.**                                          **CASE NO. CIV S-03-1444 FCD PAN**

**SOUTHWEST AIRLINES,**
**Defendant(s).**                               **MINUTE ORDER**

_____

At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on February 14, 2006

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

Defendant's Daubert Motion filed February 10, 2006 was noticed for March 17, 2006 at 10:00 a.m. as directed by District Judge Frank C. Damrell Jr. at the Final Pretrial Conference held on July 29, 2005 and the dates as modified, by email to counsel, on August 1, 2005.  However, it was improperly referred to Magistrate Judge Nowinksi. Accordingly, the matter is confirmed for hearing before Judge Damrell for March 17, 2006 at the new start time of 9:30 a.m.  The briefing on the motion shall remain as previously set. (See attached emails)

**I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case on this 14th day of February 2006.

**JACK L. WAGNER, CLERK**

By: **/s/ Maureen A. Price**
Maureen A. Price
Courtroom Deputy
(916) 930-4163 fax (916) 491-3932
Email: mprice@caed.uscourts.gov
Proposed orders to: fcdorders@caed.uscourts.gov

Attchs:
Email - fr CRD M. Price on 8/1/05
Email - fr Ms. Dolter on 8/2/05
Email - fr Mr. Heller on 8/12/05