IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA S. BEATTIE, et al.,
    Plaintiff(s),

vs.                                      CASE NO. CIV S-03-1444 FCD PAN

SOUTHWEST AIRLINES,
    Defendant(s).                     MINUTE ORDER

_____

    At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on March 17, 2006

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

After discussion with the parties at the motion hearing on March 17, 2006 of bifurcating the trial and upon further consideration by the court, the court DECLINES to bifurcate at this time.

    **I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case on this 17th day of March 2006.

                                          **JACK L. WAGNER, CLERK**


                                  By: **/s/ Maureen A. Price**
                                      Maureen A. Price
                                      Courtroom Deputy
                                      (916) 930-4163 fax (916) 491-3932
                                      Email: mprice@caed.uscourts.gov
                          Proposed orders to: fcdorders@caed.uscourts.gov