STEVEN M. HELLER, ESQ. (SBN 79067)
HELLER & HIBBERT
6833 Fair Oaks Boulevard
Carmichael, CA  95608
Telephone:     (916) 971-8500
Facsimile:      (916) 971-8501

Attorneys for Plaintiffs
LINDA S. BEATTIE and BRUCE C. BEATTIE

STEPHEN C. KENNEY (SBN 53883)
ELIZABETH L. DOLTER (SBN 128457)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:     (415) 397-3100
Facsimile:      (415) 397-3170

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION **- ECF PROGRAM**

| | |
|---|---|
| LINDA S. BEATTIE and BRUCE C. BEATTIE,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1-100,<br><br>    Defendants. | CASE NO.  S-03-1444 FCD PAN<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE TO OCTOBER 4, 2006** |

**IT IS HEREBY STIPULATED** by and between plaintiffs Linda S. Beattie and Bruce C. Beattie and defendant Southwest Airlines Co. (collectively "the Parties"), through their counsel, that:

Trial is currently set for October 3, 2006. The Parties desire to continue the trial date to October 4, 2006, and to extend all pretrial filing deadlines set in the Court's March 13, 2006, Amended Pretrial Conference Order in accordance with an October 4, 2006, trial date.

DATED: August __, 2006

HELLER & HIBBERT, L.L.P.

By:_____
    STEVEN M. HELLER
    Attorneys for Plaintiffs
    LINDA S. BEATTIE and
    BRUCE BEATTIE

DATED: August __, 2006

KENNEY & MARKOWITZ L.L.P

By:_____
    STEPHEN C. KENNEY
    ELIZABETH L. DOLTER
    Attorneys for Defendant
    SOUTHWEST AIRLINES CO.

### **ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED THAT**:

The October 3, 2006, trial date is continued to October 4, 2006, at 9:00 a.m. All other pretrial deadlines as set in the Court's Amended Pretrial Conference Order filed March 13, 2006, are extended and all submissions shall be in accordance with the new trial date of October 4, 2006.

DATED: August 8, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
U.S. DISTRICT COURT JUDGE