STEVEN M. HELLER (SBN 79067)
HELLER & HIBBERT
6833 Fair Oaks Boulevard
Carmichael, CA 95608
Telephone: (916) 971-8500
Facsimile: (916) 971-8501

Attorneys for Plaintiffs
LINDA S. BEATTIE and BRUCE C. BEATTIE

STEPHEN C. KENNEY (SBN 53883)
ELIZABETH L. DOLTER (SBN 128457)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION **- ECF PROGRAM**

| | |
|---|---|
| LINDA S. BEATTIE and BRUCE C. BEATTIE,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1-100,<br><br>Defendants. | CASE NO. S-03-1444 FCD EFB<br><br>**STIPULATION AND ORDER RE EVIDENCE AND WITNESSES**<br><br>**TRIAL DATE: October 4, 2006** |

**IT IS HEREBY STIPULATED** by and between plaintiffs Linda S. Beattie and Bruce C. Beattie and defendant Southwest Airlines Co. (collectively "the Parties"), through their counsel, that:

1. Evidence of or commentary about Southwest's liability insurance is excluded, including evidence of/commentary about the fact that Southwest has liability insurance for the Beatties' claims. All reference in exhibits to Southwest's liability insurance shall be redacted.

2. Any reference to, evidence of or argument about offers of settlement or settlement discussions are excluded, including references to whether any such discussions occurred.

3. The Parties stipulate to admissibility of Gary Bartolotti's February 14, 2005, report on the inspection of the laptop bag, including photos and measurements. No foundation is required for admission of that report into evidence.

4. Pleadings, deposition transcripts, trial transcripts or any exhibits from prior cases against Southwest are excluded.

5. Evidence of prior judgments against Southwest is excluded.

6. Plaintiffs will not introduce into evidence or otherwise refer to any article, brochure, correspondence or other documents generically relating to carry-on baggage limitations and/or the frequency of incidences of baggage falling from overhead luggage compartments or injuries resulting from the same.

7. Any and all evidence, references to evidence, testimony or argument relating to Southwest's assets, profits or other information reflecting its financial condition is excluded.

8. Any and all evidence, references to evidence, testimony or argument relating to any repairs or remedial measures taken by Southwest subsequent to the incident at issue in this case are excluded.

9. Evidence regarding Southwest flight attendants Andrew Kane, John Houpt or Victoria Seager Trujillo's involvement in any other incidents where luggage fell from overhead bins or where passengers were injured by baggage after the April 2, 2002, incident in this case is excluded.

10. All non-party witnesses are excluded from the courtroom when not testifying.

///

///

///

DATED: September __, 2006          HELLER & HIBBERT, L.L.P.

By:_____
    STEVEN M. HELLER
    Attorneys for Plaintiffs
    LINDA S. BEATTIE and
    BRUCE BEATTIE

DATED: September __, 2006          KENNEY & MARKOWITZ L.L.P

By:_____
    STEPHEN C. KENNEY
    ELIZABETH L. DOLTER
    Attorneys for Defendant
    SOUTHWEST AIRLINES CO.

**ORDER**

**IT IS SO ORDERED**.

DATED: September 19, 2006

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    U.S. DISTRICT COURT JUDGE