UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

---o0o---

LINDA S. BEATTIE and BRUCE C.            )
BEATTIE,                                 )
                                         ) CERTIFIED COPY
            Plaintiffs,                  )
                                         )
                                         ) NO. S-03-1444FCD
vs.                                      ) PAN
                                         )
SOUTHWEST AIRLINES CO., and              )
DOES 1 through 100, inclusive,           )
                                         )
            Defendants.                  )
_____ )

DEPOSITION OF

PAULA GAUDET

WEDNESDAY, APRIL 26, 2005

NOTICING ATTORNEY:  STEVEN M. HELLER

REPORTED BY:  PAMELA A. EGAN, CSR NO. 2764

EXHIBIT___**A**



**Marcus**
DEPOSITION REPORTING

5½ W. Pine Street, Suite 6   Lodi, CA 95240   Office: 800-682-2323   Fax: (209) 333-1133
e-mail marcusdepo@sbcglobal.net   www.marcusdepo.com

1          BE IT REMEMBERED that on Wednesday, April 26,

2    2005, at the hour of 9:10 a.m., of said day, at the Law

3    Offices of HELLER & HIBBERT, 11335 Gold Express Drive,

4    Suite 145, Gold River, California, before me, PAMELA A.

5    EGAN, a Certified Shorthand Reporter, personally

6    appeared PAULA GAUDET, who was examined as a deponent

7    in said cause.

8

9                      ---oOo---

10

11                    PAULA GAUDET,

12   the deponent, who, having been first duly sworn, was

13   examined and testified as follows:

14

15                    EXAMINATION

16       BY MR. HELLER:   Q.   Would you state your full

17   name for the record?

18       A.    It's Paula Gaudet.

19       Q.    How do you spell your last name?

20       A.    G-a-u-d-e-t.

21       Q.    Ms. Gaudet, have you ever had your deposition

22   taken before?

23       A.    Yes.

24       Q.    How many different occasions?

25       A.    Say approximately 10.

                                                          4

1      Q.    And were all of those in a capacity as an

2  expert witness?

3      A.    No.

4      Q.    How many of those were in a capacity as an

5  expert witness?

6      A.    This would be the first.

7      Q.    And then would you please then generally tell

8  me what situations you've had your deposition taken

9  before?

10     A.    In my position at Southwest Airlines I'll be

11 typically designated as a person most knowledgeable on

12 training of flight attendants and whatever area.   And I

13 will testify to that.

14     Q.    Okay.  Have you ever prior to this case

15 testified in a case involving an injury to a passenger

16 from luggage stowed in an airplane?

17     A.    Yes.

18     Q.    How many different occasions have you

19 testified in those types of occasions?

20     A.    Four or five.

21     Q.    And in those four or five occasions had a suit

22 actually been filed by a passenger?

23     A.    Yes.

24     Q.    Do you remember the names of any of those

25 cases?

5

1    comes from my question as opposed to your understanding

2    of the case.

3              So is there or did you obtain information from

4    your meeting from the flight attendants that

5    contradicted information that you had previously

6    received from any of the witnesses to the incident?

7        A.   No.

8        Q.   Now in addition to meeting with the flight

9    attendants, have you interviewed any other individuals

10   concerning this case?

11       A.   No.

12       Q.   And you've already told us that all the

13   material that you've reviewed either was produced

14   earlier in the 19 exhibits to your report or in the

15   binder which you brought with you today, correct?

16       A.   Yes.

17       Q.   Okay.  And it's also correct that you have not

18   looked at any other material to help in any way analyze

19   in this case.  Is that a fair statement?

20       A.   Yes.

21       Q.   Now what I want to do next is kind of go

22   through your file and identify it.  And then we're

23   going to figure out what it is that we want to make as

24   exhibits to your deposition and what we don't.

25              Okay.  You have provided to me a time log.

19

1    And what does this time log reflect?

2         A.   The hours that I've spent working on the

3    reports and interviewing the crew.

4         Q.   Very good.   We'll have that marked ultimately

5    to your deposition.   Then I have a series of five pages

6    of handwritten notes.   The first page of which is

7    entitled "Beattie vs SWA (4/2/02)."

8              Are these all of your handwritten notes that

9    you've generated in this case?

10        A.   Yes.

11        Q.   And then in the material previously supplied

12   by your counsel under a document entitled "Defendant's

13   Southwest Airlines Company Disclosure of Supplemental

14   Expert Report of Paula Gaudet," dated April 22nd, 2005,

15   you have initially provided us with an expert opinion

16   report that is eight pages long.

17             And that's your updated report, correct?

18        A.   Yes.

19        Q.   And then tab number one is your resume,

20   correct?

21        A.   Yes.

22        Q.   Now is that an up-to-date resume?

23        A.   Yes.

24        Q.   Tab number two is a copy of the complaint.

25   And then tab number three is what?

20

1        A.    Flight Attendant Manual excerpts.

2        Q.    Now tab number three, the excerpts contained

3    therein, is that a current Flight Attendant Manual or

4    is that the one that was in force at the time of the

5    accident?

6        A.    The one that was in force at the time of the

7    accident.

8        Q.    Now has the Flight Attendant Manual for

9    Southwest flight attendants been amended or modified in

10   any way which would pertain to this accident?

11       A.    No.

12       Q.    Have you included in your report material all

13   of the Southwest Flight Attendant Manual material which

14   pertains to overhead luggage?

15       A.    Yes.

16       Q.    Okay.  And have you included all the material

17   that pertains to the training that flight attendants

18   receive relative to the onboard stowage of luggage?

19       A.    Yes.

20       Q.    Tab number four, what do we have here?

21       A.    That's a diagram of the aircraft

22   configuration.  These are just schematics that we

23   obtained from manuals, Boeing manuals.

24       Q.    Now are these the schematics -- strike that.

25             These schematics represent the configuration

21

1        Q.   And number 17 is Ms. Laxineta's initial

2   report?

3        A.   Yes.

4        Q.   18 is the deposition references that we've

5   previously discussed.

6        A.   Yes.

7        Q.   Then 19 is Mr. Beattie's deposition.   20 is

8   Ms. Beattie's deposition.   21 is Lynette Blumhardt's

9   deposition.   22 is Sue Bristow's deposition.   23 is

10  Jason Gleim's deposition.   24 is Mr. Houpt's

11  deposition.   25 is Darren Johnson's deposition.   26 is

12  Frank Johnson's deposition.

13       27 is Mr. Kane's deposition.   28 is Damien

14  Ladd's deposition.   29 is Ms. Laxineta's deposition.

15  30 is Lorna Magnussen's deposition.   31 is

16  Ms. Trujillo's deposition.   32 is Mr. Uyeda's

17  deposition.

18       Have we now reviewed all of the material that

19  you have reviewed in preparation for formulating

20  opinions in this case?

21       A.   Yes.

22       Q.   Okay.  Now as a result of reviewing all this

23  material, interviewing witnesses, and utilizing all of

24  your experience in the industry, have you formulated

25  any opinion or opinions relative to this accident?

                                                    33

1    situation?

2         A.    Yes.

3         Q.    Is there anything that comes to mind that you

4    may have highlighted but which is not in Ms. Dolter's

5    chart that is dispositive of any of the issues in this

6    case?

7              MR. CISNEROS:  I'll object to the

8    characterization as this being Ms. Dolter's diagram or

9    chart.

10             THE WITNESS:  No.

11             MR. HELLER:  Q.  Okay.  And the time log

12   reflects all of the work that you've done in this case

13   to date?

14        A.    Yes, up until day.

15        Q.    I'd like to get marked as Exhibit 4 to the

16   deposition a copy of your report that's on page 1

17   through 8.  Mark the time log as Exhibit 3.

18             Your report does in fact describe all 19

19   exhibits to the report, correct?

20        A.    Yes.

21

22             (Exhibits No. 3 and 4 were marked)

23

24             MR. HELLER:  And then I'd like to get marked

25   as the next exhibit the table of contents to the black

                                                    100

1    binder.

2            (Exhibit No. 5 was marked)

3

4            MR. HELLER:   Q.   And I have been calling it

5    the black binder.   Do you have a more specific name for

6    it than that?

7        A.   No, that will be fine.

8        Q.   Okay.   That contains the 32 tabs which are the

9    -- some of it duplicative but additional information in

10   part which you reviewed in preparing your opinions in

11   this case, correct?

12       A.   Yes.

13       Q.   Have you formulated any other opinions in this

14   case which we have not discussed today?

15       A.   No.

16       Q.   Do you have any plans, and I probably asked

17   you this already, to do any additional work in this

18   case?

19       A.   No, but if I were asked to do it, I would.

20       Q.   Have you been asked to do anything else?

21       A.   No.

22           MR. HELLER:   I would request that if you do in

23   fact ask your expert to do any additional work, or she

24   does any work which in any way alters her opinions,

25   that I be notified of that and given the opportunity to

                                                      101

CERTIFICATE OF REPORTER

I, PAMELA A. EGAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition, PAULA GAUDET, was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause; that the testimony of said witness was taken down in shorthand by me, a Certified Shorthand Reporter and a disinterested person, at the time and place herein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the outcome of this cause, and that I am not related to any of the parties thereto.

I hereto declare under penalty of perjury that the foregoing is true and correct.   I have hereunto set my hand on May 13, 2005.


*Pamela A. Egan*
PAMELA A. EGAN, CSR NO. 2764

105

## EXPERT OPINION REPORT

### *BEATTIE V. SOUTHWEST AIRLINES*

On September 29, 2004, I submitted my initial report on this case. I have now prepared a supplemental report. The materials I reviewed in formulating my opinions in this case are listed. My opinions and the bases for them are stated in this report.

### Education, Training and Experience

Attached is my resume which outlines my education, job history and airline industry experience. (Tab 1.)

### Work Performed

My work involved in this case includes the following: interviews of flight attendants; review of the materials listed in this report; preparation of a diagram of passenger seating; discussions with attorneys representing Southwest Airlines; and formulating my opinions.

### Materials Reviewed

I have reviewed the following materials:

- Plaintiffs Bruce and Linda Beattie's Complaint.

- Southwest's Answer.

- Linda Beattie's April 18, 2002, letter.

- Linda Beattie's discovery responses.

- Schematics of Boeing 737-500 on April 2, 2002, and reconfigured with "Spirit" interior.

- Seating Chart regarding Flight 794.

- Flight Tracking Search - Flight 794.

- In-Flight Reports of Andrew Kane, John Houpt, Victoria Seager Trujillo and Linda Beattie.

- Jason Gleim's April 2, 2002, note.

- Memo of a July 15, 2003, conversation between Andrew Kane and Sandra Moore.

- Southwest Flight Attendant Manual pages.

EXHIBIT B

- Rule 26 Initial Disclosure of defendant Southwest Airlines Co.

- Plaintiff and Southwest's expert disclosure statements.

- My report dated September 29, 2004.

- Diane Laxineta's report dated December 29, 2004.

- Witness Deposition References Chart.

- Bruce Beattie deposition and exhibits thereto.

- Linda Beattie deposition and exhibits thereto.

- Lynette Blumhardt deposition and exhibits thereto.

- Sue Bristow deposition and exhibits thereto.

- Jason Gleim deposition and exhibits thereto.

- John Houpt deposition and exhibits thereto.

- Darren Johnson deposition and exhibits thereto.

- Frank Johnson deposition and exhibits thereto.

- Andrew Kane deposition and exhibits thereto.

- Damien Ladd deposition and exhibits thereto.

- Diane Laxineta deposition and exhibits thereto.

- Lorna Magnussen deposition and exhibits thereto.

- Victoria (Seager) Trujillo deposition and exhibits thereto.

- Gerald Uyeda deposition and exhibits thereto.

- Federal Airline Regulations

- My notes.

**In-Flight Reports**

During Flight 794 on April 2, 2002 ("Flight 794"), Linda Beattie filled out an In-Flight Report. (Tab 8.) Mrs. Beattie's report states:

> seated in aisle seat 5D, overhead laptop fell out onto head. Cracked head & right jaw pain. Headache. Stiff neck. Left eye twitch. 04/02/2002 about 9:00 a.m.

During Flight 794, Jason Gleim, a passenger on that flight, wrote a note which he handed to flight attendant Andrew Kane while on board the aircraft. (Tab 6.) Jason Gleim's handwritten note states:

> 4/2/02
>
> I saw the person who tried turning the bag that fell on that lady ... I would be willing to vouge that it wasn't yours or Southwest's fault, the bag was hanging by a "string" quote-unquote. If more info needed, I'm here.

During Flight 794, Andrew Kane completed an In-Flight Report. (Tab 7.) Andrew Kane's report attached Linda Beattie's report and Jason Gleim's note. His report also states:

> Some PAX. was moving luggage in bin to fit bags and a small lap top bag fell on lady and hit her in the head. I offered paramedics and gave ice, PAX said no paramedic needed.
>
> Witness #1 listed below wrote a note and I attached it.
>
> Also PAX. wanted to write what happened and I gave her an IPR, it is also attached.

Flight attendants John Houpt and Victoria Seager Trujillo completed In-Flight Reports which stated:

> I did not witness this incident.
>
> Andrew told me about it sometime during the flight. After learning about it, I did, in fact, check on the condition of the (injured) passenger as mentioned in his letter.
>
> (John Houpt Report, Tab 9.)

* * *

> Sorry don't know about incident.
>
> (Victoria Seager Trujillo Report, Tab 10.)

Page 3 of 8

## Opinions

My opinions are:

- With regard to Flight 794, Southwest Airlines complied with its in-flight standards and procedures. Those standards are consistent with the standards in the airline industry.

- Southwest Airlines personnel complied with the airline industry's standard of care with regard to Flight 794.

- Southwest Airlines could not reasonably have prevented the incident that occurred on Flight 794.

## Conclusions

1.  The Beatties' complaint alleges that Southwest negligently loaded luggage in an overhead bin on Flight 794. (Complaint, Tab 2.)

2.  Those passengers on Flight 794 who have given deposition testimony in this case have described where they were sitting on the aircraft. I have prepared a diagram which reflects these passengers' seat assignments, according to the deposition testimony of the witnesses and the In-Flight Reports. (Seating Chart Diagram, Tab 5.)

3.  The Customer Care chapter of Southwest's Flight Attendant Manual states Southwest's policy regarding carry-on items. All passengers may board an aircraft with a carry-on, plus a smaller, personal-type item, such as a purse. (Tab 3.) This policy is consistent with the airline industry's policy.

    The Customer Care Chapter of Southwest's Flight Attendant Manual lists the maximum dimensions of a carry-on item: 10 inches by 16 inches by 24 inches. (Tab 3.) This policy is consistent with the airline industry's policy.

    Garment bags are approved carry-on items, as are soft suitcases, like a duffel. (Customer Care Chapter of Southwest's Flight Attendant Manual, Tab 3.) This policy is consistent with the airline industry's policy.

    Sue Bristow testified that she saw a female passenger who boarded "later" place a duffel bag which was "not large" in the overhead bin above Linda Beattie's head. Darren Johnson testified that towards the latter part of boarding, he saw a male passenger place a bag about the size of Darren Johnson's laptop in that overhead bin. Linda Beattie testified that a female passenger who boarded "very late" placed a "typical rolling bag with an extendable handle" in that bin. Other witnesses either did not testify about a later-boarding passenger placing a bag in that overhead bin (Ladd, Uyeda, Frank Johnson, Magnussen) or do not recall the size of the bag placed in that bin by any such passenger (Blumhardt and Gleim).

(Witness Deposition References, Tab 12.)  None of the independent witnesses used the word "oversized" to describe a bag placed into that overhead bin.

The bags described by Ms. Bristow, Mr. Johnson and Mrs. Beattie appear to be approved carry-on items.

4.    From everything I have heard from the flight attendants and my review of the depositions, when the laptop bag fell, passenger boarding was still in progress and the cabin was not yet being secured for pushback.

5.    Southwest's policies and procedures for boarding passengers are stated in its Flight Attendant Manual, Section 2.  (Tab 3.)  These policies and procedures for passenger boarding are consistent with the airline industry's standards for boarding of passengers.

Southwest complied with its own procedures and the airline industry standard of care for boarding of passengers.  (Houpt, Kane and Trujillo Depositions, Tabs 16, 17 and 19.)  There is no testimony to the contrary.

6.    Southwest's policies and procedures on stowage of luggage are stated in its Flight Attendant Manual, Customer Care Chapter.  (Tab 3.)  These procedures are consistent with the industry standards for stowage of luggage.

Southwest complied with its policies and industry standards for stowage of luggage.  There is no testimony or other evidence that an oversized bag was brought onto the aircraft by any passenger.  Diane Laxineta testified that she concluded that a late-boarding passenger brought an oversized bag on board.  (Laxineta Deposition, Tab 18.)  Ms. Laxineta based this conclusion on the depositions of Sue Bristow and Linda Beattie.  Sue Bristow testified that a passenger who boarded "later" brought a duffel bag that was "not large" onto the aircraft.  Linda Beattie testified that a late-boarding passenger brought a bag onto the aircraft which was larger than a bag that Linda Beattie had checked.  Mrs. Beattie agreed that the bag was a "typical rolling bag with an extendable handle." (Witness Deposition References, Tab 12.)  Linda Beattie's April 18, 2002, letter mentioned that a female passenger brought a "large overnight bag" onto the aircraft.  (Tab 13.)  There is no evidence that any bag brought onto the aircraft exceeded the size limitations set forth in Southwest's Flight Attendant Manual.

Linda Beattie's April 18, 2002, letter states that the computer bag fell as Andrew Kane was walking down the aisle.  (Tab 13.)  In my experience in the airline industry, including my flight attendant and training experience and knowledge of aircraft, the motion of a person walking down the aisle of an aircraft cannot cause a bag to fall out of an overhead bin.

The handwritten witness statement of Jason Gleim and the In-Flight Reports by flight attendant Andrew Kane and Linda Beattie do not mention that any Southwest flight attendant touched, moved or rearranged the laptop bag in the overhead bin.  The Gleim witness statement and the Kane and Linda Beattie In-

Flight Reports do not mention that any Southwest employee had anything to do with moving, rearranging or loading luggage in the overhead bin over Mrs. Beattie's head. (Gleim Witness Statement and Kane and Linda Beattie In-Flight Reports, Tabs 6, 7 and 8.)

Andrew Kane's In-Flight Report is consistent with what he related in his phone conversation with Sandra Moore of Southwest on July 15, 2003. (Kane In-Flight Report, Tab 7 and Memo of July 15, 2003 conversation, Tab 11.)

Lynette Blumhardt's deposition testimony is consistent with flight attendant Kane's In-Flight Report and his conversation with Sandra Moore on July 15, 2003. (Kane In-Flight Report, Memo of July 15, 2003, conversation, Witness Deposition References and Blumhardt Deposition, Tabs 7, 11, 12 and 15.)

The configuration of the aircraft used on Flight 794 is reflected in a schematic. (Schematic, Tab 4.) The configuration was not as described by Frank Johnson in his deposition. (Witness Deposition References, Tab 12.)

Several of the witnesses did not see the bag fall and were not looking in the area of the overhead bin which contained the laptop bag in the moments before the bag fell on Mrs. Beattie's head: Jerry Uyeda, Damien Ladd and Sue Bristow. (Witness Deposition References, Tab 12.)

Linda Beattie, Darren Johnson and Lorna Magnussen's accounts of the incident are not consistent with the In-Flight Reports and Jason Gleim's handwritten note. (Tabs 6-10.)

7.   None of the flight attendants on Flight 794 recall any passengers coming up to them during the flight to complain about any involvement by Southwest's flight attendants in the incident. (Houpt, Kane and Trujillo Depositions, Tabs 16, 17 and 19.)

8.   Southwest's policies and procedures for in-flight medical assistance to passengers are stated in its Flight Attendant Manual, First Aid Chapter. (Tab 3.) These policies and procedures for in-flight medical assistance are consistent with the airline industry's standards for in-flight medical assistance to passengers.

Southwest complied with the airline industry's standard of care for in-flight medical assistance. Mrs. Beattie was offered ice by at least one flight attendant. Mrs. Beattie was offered paramedic assistance shortly after the incident occurred, which she declined. Mrs. Beattie was examined on board the aircraft by flight attendant John Houpt, a former 30-year police officer with American Red Cross first-aid training, in addition to his Southwest first aid training. Mr. Houpt performed the same basic examination of Mrs. Beattie that he would have given a person in the course of encountering a head injury as a police officer. He could not find any obvious injury. The flight attendants checked on Mrs. Beattie several times during the flight. Flight attendant Houpt made a request for paramedics to meet Mrs. Beattie at the gate. Mrs. Beattie declined those paramedics' assistance.

(Witness Deposition References, Tab 12, Houpt and Kane Depositions, Tabs 16 and 17 and Witness Interviews.)

9.      After considering all the facts and information available to me, Southwest complied with its own in flight standards and the airline industry's in-flight standard of care with regard to Flight 794.  Southwest could not have reasonably prevented the laptop bag from falling from the overhead bin.

**Documents Attached to this Report**

| | |
|---|---|
| **Tab 1:** | My Resume. |
| **Tab 2:** | Plaintiffs' Complaint. |
| **Tab 3:** | Flight Attendant Manual Excerpts. |
| **Tab 4:** | Diagram of Aircraft Configuration. |
| **Tab 5:** | Seating Chart Diagram. |
| **Tab 6:** | Jason Gleim's April 2, 2002, Note. |
| **Tab 7:** | Andrew Kane's In-Flight Report. |
| **Tab 8:** | Linda Beattie's In-Flight Report |
| **Tab 9:** | John Houpt's In-Flight Report. |
| **Tab 10:** | Victoria Seager Trujillo's In-Flight Report. |
| **Tab 11:** | July 15, 2003, Memo of Conversation Between Andrew Kane and Sandra Moore. |
| **Tab 12:** | Witness Deposition References. |
| **Tab 13:** | Linda Beattie's April 18, 2002, Letter to Southwest |
| **Tab 14:** | Linda Beattie Deposition Testimony. |
| **Tab 15:** | Lynette Blumhardt Deposition Testimony. |
| **Tab 16:** | John Houpt Deposition Testimony. |
| **Tab 17:** | Andrew Kane Deposition Testimony. |
| **Tab 18:** | Diane Laxineta Deposition Testimony. |
| **Tab 19:** | Victoria Seager Trujillo Deposition Testimony. |

**Prior Expert Testimony**

I have not previously testified as an expert.

**Publications**

I have not authored any publications in the last ten years.

**Compensation**

My compensation for offering expert testimony at deposition or trial is $150.00 per hour.

PAULA GAUDET
Director of Inflight Standards
SOUTHWEST AIRLINES

*Linda S. Beattie and Bruce C. Beattie*

*v.*

*Southwest Airlines Co.*

## United States District Court, Eastern District of California
## Case No.: S-03-1444 FCD PAN

| ITEM | TAB |
|---|---|
| Plaintiffs' Summons and Complaint | 1 |
| Southwest Airlines Co.'s Answer to Complaint | 2 |
| April 18, 2002 Letter from Linda Beattie to Colleen Barrett, Southwest Airlines | 3 |
| Plaintiffs' Response to Request for Admissions and Response to Interrogatories | 4 |
| Aircraft Configuration Charts | 5 |
| Seating Chart | 6 |
| Southwest Airlines Cirrus Flight Tracking Search | 7 |
| Inflight & Provisioning Report (Beattie, Kane, Houpt, Seager/Trujillo); Passenger Jason Gleim's Statement; | 8 |
| Inflight & Provisioning Report with note attached | 9 |
| July 15, 2003 Memo to File | 10 |
| Section 5 of Customer Care Chapter in Southwest Airlines Flight Attendant Manual (Revision 62, October 24, 2001) | 11 |
| Excerpts from Southwest Airlines Flight Attendant Manual (Revision 63, December 31, 2001) | 12 |
| Southwest's Rule 26 Initial Disclosure | 13 |
| Plaintiff's Expert Disclosure Statement | 14 |

{30170.301680 0114546.DOC}



EXHIBIT __C__

| ITEM | TAB |
|---|---|
| Defendant Southwest Airlines Co.'s Disclosure of Expert Witnesses to be Used at Trial | 15 |
| September 29, 2004 Report by Paula Gaudet, Southwest Airlines, to Kenney & Markowitz L.L.P. | 16 |
| December 29, 2004 Report by Diane I. Laxineta, Customer Service Consulting, to Heller & Hibbert, LLP | 17 |
| Witness Deposition References Chart | 18 |
| Bruce Beattie Deposition Transcript | 19 |
| Linda Beattie Deposition Transcript | 20 |
| Lynette Blumhardt Deposition Transcript | 21 |
| Susan Bristow Deposition Transcript | 22 |
| Jason Gleim Deposition Transcript | 23 |
| John W. Houpt Deposition Transcript | 24 |
| Darren Johnson Deposition Transcript | 25 |
| Frank Johnson Deposition Transcript | 26 |
| Andrew Kane Deposition Transcript | 27 |
| Damien Ladd Deposition Transcript | 28 |
| Diane Laxineta Deposition Transcript and Exhibits thereto | 29 |
| Lorna Magnussen Deposition Transcript | 30 |
| Victoria Trujillo Deposition Transcript | 31 |
| Gerald Uyeda Deposition Transcript | 32 |

FLIGHT ATTENDANT MANUAL

## Your Flight Beginning to End

Section 1 -General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
1.1 -Requirements for Every Flight . . . . . . . . . . . . . . . . . . . . . . . .1

Section 2 -Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
2.1 -Check-in at Base. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1
    2.1.1 -At the Gate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1
    2.1.2 -Briefing With Operations Agent . . . . . . . . . . . . . . . . . . . .2
2.2 -Preflight Briefing With Captain. . . . . . . . . . . . . . . . . . . . . . .2
    2.2.1 -On the Plane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
2.3 -Customer Boarding . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
    2.3.1 -Preboarding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
    2.3.2 -General Boarding. . . . . . . . . . . . . . . . . . . . . . . . . . . .9
    2.3.3 -Post-Boarding. . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
2.4 -Preparation for Pushback . . . . . . . . . . . . . . . . . . . . . . . . . .11
    2.4.1 -Prior to Closing the Forward Entry Door . . . . . . . . . . . .11
    2.4.2 -Closing the Forward Entry Door . . . . . . . . . . . . . . . . . .11
    2.4.3 -Arming Slides . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
    2.4.4 -Notifying the Cockpit . . . . . . . . . . . . . . . . . . . . . . . .12
    2.4.5 -Exceptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
2.5 -Movement on Surface . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
    2.5.1 -Sterile Cockpit . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
    2.5.2 -Emergency Briefing (PA) and Demonstration . . . . . . . . .14
    2.5.3 -Exceptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
2.6 -Cruise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
    2.6.1 -General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
2.7 -Final Approach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
2.8 -Landing and Movement on Surface . . . . . . . . . . . . . . . . . . . .18
2.9 -Arrival at the Gate . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
2.10 -Customer Deplaning . . . . . . . . . . . . . . . . . . . . . . . . . . .20
    2.10.1 -Cabin Tidying . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

SW 000089

EXHIBIT D



**FLIGHT ATTENDANT MANUAL**

2.11 -Groundtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

2.12 -Crew Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

    2.12.1 -Inbound Crew Duties . . . . . . . . . . . . . . . . . . . . . . . . . . 21

    2.12.2 -Outbound Crew Duties . . . . . . . . . . . . . . . . . . . . . . . . 22

2.13 -End of Duty Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

    2.13.1 -RON Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

    2.13.2 -Return-to-Domicile Procedures . . . . . . . . . . . . . . . . . 23

2.14 -Extremely Irregular Operations . . . . . . . . . . . . . . . . . . . . . . . 24

**Section 3 -Appendix . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1**

3.1 -Public Announcements (PAs) . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    3.1.1 -Full Flight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    3.1.2 -OHBs Full . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    3.1.3 -Opening . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    3.1.4 -Prepare Doors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    3.1.5 -Emergency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    3.1.6 -Reading Lights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    3.1.7 -Cleared for Departure . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    3.1.8 -Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    3.1.9 -FASTEN SEAT BELT Sign On . . . . . . . . . . . . . . . . . . . . 4

    3.1.10 -FASTEN SEAT BELT Sign Off . . . . . . . . . . . . . . . . . . . 4

    3.1.11 -FASTEN SEAT BELT Reminder . . . . . . . . . . . . . . . . . . 4

    3.1.12 -Final Descent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    3.1.13 -Arrival and Rapid Rewards . . . . . . . . . . . . . . . . . . . . . 5

    3.1.14 -Through Flight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

3.2 -Portable Electronic Device (PED) Policy . . . . . . . . . . . . . . . . . 7

3.3 -OWWE Criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

3.4 -Deadheading Flight Attendants . . . . . . . . . . . . . . . . . . . . . . . . 9

3.5 -Fourth-Jumpseat Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    3.5.1 -Guidelines for Fourth-Jumpseat Use . . . . . . . . . . . . . 10

    3.5.2 -Procedures for Fourth-Jumpseat Riders . . . . . . . . . . . 11

SW 000090

**F L I G H T   A T T E N D A N T   M A N U A L   SOUTHWEST**

3.6 -Irregularities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
    3.6.1 -Inflight & Provisioning Report . . . . . . . . . . . . . . . . . . . .12
    3.6.2 -Flight Attendant Jumpseat Inoperative . . . . . . . . . . . . . .13
    3.6.3 -Passenger Seat Inoperative . . . . . . . . . . . . . . . . . . . . . . .14
    3.6.4 -PA System Inoperative. . . . . . . . . . . . . . . . . . . . . . . . . . .14
    3.6.5 -Coffeemakers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
    3.6.6 -AT&T Phone System Troubleshooting . . . . . . . . . . . . . .18
3.7 -Liquor Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
    3.7.1 -Drop Safe Locations . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
3.8 -Charters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
    3.8.1 -Bidding for a Charter . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
    3.8.2 -Charter Orders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
    3.8.3 -Charter Procedures. . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
    3.8.4 -Military Charters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
    3.8.5 -Charter Checklist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

SW 000091



FLIGHT ATTENDANT MANUAL

THIS PAGE INTENTIONALLY LEFT BLANK

SW 000092

**F L I G H T   A T T E N D A N T   M A N U A L**   **SOUTHWEST**

## Section 1 - General

**SOUTHWEST CONDUCTS OPERATIONS IN ACCORDANCE** with its Contract of Carriage and Customer Service Commitment. Both documents are available on the Company Intranet and Crew Portal.

## 1.1 - Requirements for Every Flight

- three Flight Attendants FAR 121.391
- Each Flight Attendant must have:
  - an up-to-date Flight Attendant Manual FAR 121.137
  - a working flashlight FAR 121.549
  - validated Company ID badge
  - uniform and grooming in accordance with the Appearance Standards chapter
  - cleaning slips
  - a supply of Inflight & Provisioning Reports
  - a supply of Inflight/Flight Ops Disturbance Reports

SW 000093

Case 2:03-cv-01444-FCD-EFB   Document 130-1   Filed 09/27/06   Page 26 of 89

 **F L I G H T   A T T E N D A N T   M A N U A L**

THIS PAGE INTENTIONALLY LEFT BLANK

SW 000094

**FLIGHT ATTENDANT MANUAL**

## Section 2 - Procedures

While each has specific duties, "A" Flight Attendant is ultimately responsible for the flight's administration and quality of service.

Duties are categorized as follows:

| A | B | C |
|---|---|---|
| "A" FLIGHT ATTENDANT | "B" FLIGHT ATTENDANT | "C" FLIGHT ATTENDANT |

**All**

**ALL FLIGHT ATTENDANTS**

**All** 2.1 - Check-in at Base

Checkin by computer must occur at least one hour, but no more than six hours, prior to scheduled departure of the first flight of a pairing. (See Scheduling chapter.)

Because flights and schedules are subject to change, Flight Attendants must remain accessible to Scheduling, and stay abreast of changes pertaining to their flight. If a pairing has a scheduled deadhead, pick up the blue deadhead passes at base checkin. This will identify deadheader reservations for the Customer Service Agent checking you in at the gate.

After checkin, you may be asked to see your Supervisor, while meeting the criteria set forth in 1.1 - Requirements for Every Flight.

Before proceeding to the gate, read the base's Briefing Book and introduce yourself to other Flight Attendants on your pairing.

**All** 2.1.1 - At the Gate

Be at your departure gate at least 30 minutes before departure time, according to local flight information displays (FIDs).

If the jetbridge must be unlocked for entry, go in as a group to minimize interruption of Customer Service. Ensure the door locks behind you and keep luggage in view of at least one crew member.[1]

SW 000095

**SOUTHWEST** FLIGHT ATTENDANT MANUAL

## A 2.1.2 - Briefing With Operations Agent

Information to be discussed:

- number of boarding Customers expected
- whether the aft door will be used for boarding (dual-boarding-bridge or portable stairs facility)
- verification that Customers' carryons have been scanned for compliance with Carryon-Item Policy
- number of UMs
- number of Customers with disabilities and any special seating requirements
- availability of bag tags

## A!! 2.2 - Preflight Briefing With Captain

All five crew members must be present for a preflight briefing with the Captain. Flight Attendants must present their Southwest ID badge for identity verification. In the event the Captain is not immediately available, the Operations Agent may verify other crew members' identification for the flight.



After briefing with the Captain, ensure that "B" and "C" Flight Attendants are aware of the following:

- weather en route
- how many segments the Pilots will be flying with this Inflight crew
- any special instructions or information

---

1. Cellular telephones may be used on the aircraft, only when no Customers are aboard and one exit door is open; in the jetbridge, only when no Customers are in sight; in the gate area; when deadheading, under the Portable Electronic Device Policy; and with care as to what may be overheard by Customers. Be mindful of the image you present to Customers when you are wearing a uniform. In particular, eating, drinking, appearing to sleep, or sitting in wheelchairs in the jetbridge send unfavorable messages to Customers. While in uniform, your appearance and actions should always convey that you put Customers' interests first..

SW 000096

**FLIGHT ATTENDANT MANUAL** 

**All** 2.2.1 - On the Plane

Stow crew luggage in the forward OHB ("A" Flight Attendant only), aft OHB, aft galley stowage compartment, or under the last row of seats.

Conduct a cabin security check:



- forward lavatory
  – under the sink
    – in the trash
    – all accessible compartments
- forward galley
- forward windscreen (-200, -300), or forward galley stowage compartment (-500), or forward entry stowage compartment (-700)



- aft lavatory
  – under the sink
    – in the trash
    – all accessible compartments
- aft galley
- aft closet
- portfolio compartment
- aft-entry stowage compartment (-700)



- in all overhead bins
  – behind emergency equipment
    – under pillows and blankets
- in seatback pockets
- under seats
- in magazine storage compartment

SW 000097

**▰▰▰ SOUTHWEST F L I G H T  A T T E N D A N T  M A N U A L**

**All**  Check the cabin for overall tidiness:

  • literature pockets contain:
  – safety information card F.A.R. 121.311
  – *Spirit* magazine
  – Skymall catalog
  – airsickness bag
  – no trash
 • tray tables upright and locked
 • seatbacks upright
 • OHBs open
 • seat belts crossed
 • air vents open
 • reading lights off
 • sufficient pillows and blankets

**A**  • adjust entry and cabin lights to BRIGHT for boarding.
  NOTE: On aircraft with photoluminescent strips (see
Emergency Equipment & Procedures chapter), cabin lights must be
on BRIGHT for 30 minutes prior to departure.

SW 000098

**F L I G H T   A T T E N D A N T   M A N U A L** 

 • check galleys for:
  – serving tray(s)
  – drink order pads
  – beverages
  – peanuts
  – dry stores kit
  – beginning inventory of liquor and beer kits
• ensure nothing is stowed in a NO STOWAGE area
• coffee maker is empty, operational, and secured
• secure your galley FAR 121.576
  – close and double-latch all doors, cabinets, and kits
  – floors are clear
• check lavatory for cleanliness and supplies
• verify that lavatory water heater switch is ON
• check jumpseat for operation and belts



WATER HEATER SWITCH

FWD

LAVATORY WATER HEATER

SW 000099

**FLIGHT ATTENDANT MANUAL**

---

**A**    Additionally:
- coordinate with other Flight Attendants on any missing supplies, equipment, or discrepancies and advise the Captain and/or Operations Agent.

- prepare rev napkin as illustrated.



1702       RNO - SLC

PAX 105

A. BARAK FOY
B. CARMEN ALLEN
C. AMY BOYLE

**REV NAPKIN (EXAMPLE)**

---

**B**    Additionally, check:
- snack supplies

- water quantity gauge (see Boeing 737 chapter) and, on -700s, waste quantity gauge
- aft closet:
  - cabin cleanup bag
  - contents of Flight Attendant pouch
  - biohazard cleanup kits
  - hoky
  - onboard wheelchair
- entertainment kit (behind the last row of seats, Captain's side)

Inform the "A" Flight Attendant of any cabin discrepancies.

---

SW 000100


**C** • Check emergency equipment (see Emergency Equipment & Procedures chapter). FAR 121.309

• Inform the "A" Flight Attendant and Captain that the emergency equipment is okay, or inform them of any discrepancies.

## 2.3 - Customer Boarding

Upon hearing the Operations Agent's high/low chime (see Boeing 737 chapter), all Flight Attendants take their respective boarding position. "A" is in the forward-entry area; "C" is in the OWWE area; and "B" is in the aft part of the plane. If the aft door is used for boarding, "B" takes position in the aft-entry area.

All boarding Customers should be in possession of a boarding document, which is a ticket-sized, printed card bearing their name, flight number, and travel date. At the gate, Ground Operations verifies Customer identification using the boarding document. Customers should keep the boarding document with them until arrival at their final destination. Flight Attendants do not need to see the boarding document.



**BOARDING DOCUMENT (TYPICAL)**

## 2.3.1 - Preboarding

Preboarding is a necessity for some Customers and a courtesy offered to others. Eligibility is determined by Ground Operations.

Generally, Customers who preboard may choose any available seat. Exit-row criteria apply to exit-row seating (see 3.3 - OWWE Criteria). The aft door is not normally used for preboarding.

SW 000101

**FLIGHT ATTENDANT MANUAL**

If asked for permission to enter the flight deck by someone authorized to enter, verify credentials and refer to the Captain for approval.



**FAA INSPECTOR ID BADGE**

## **All** Preboarding Responsibilities

•**Must** assist disabled Customers with stowing carryon items, and assist with seating as needed. (See Customer Care chapter.)

• Brief Customers with special needs (see Customer Care chapter). FAR 121.5"1

• Assist in reseating Customers, if necessary, to accommodate another Customer:

  − boarding in a wheelchair, when an aisle seat with movable armrest is needed

  − with a fused knee

  − requiring two seats together, for size or for a personal attendant

  − traveling with a service animal which requires a certain location (see Customer Care chapter)

  − with a self-identified need for a specific seat due to a disability. Customers in this group may be reseated to accommodate Customers in the first four groups listed.

## **A** Greet each Customer and screen carryon items.

## **B** • Brief the fourth-jumpseat rider on the operation of the aft-galley door, use of jumpseat seat belt and shoulder harness, flotation device, and emergency oxygen-mask location for the particular model of plane you are on.

• Assist in ensuring compliance with OWWE criteria if "C" Flight Attendant is occupied.

SW 000102

**F L I G H T   A T T E N D A N T   M A N U A L** 

**C** • Ensure compliance with OWWE criteria (see 3.3 - OWWE Criteria). F.A.R. 121.585
- Check exit-handle covers (-700 only) for presence before pushback.

### 2.3.2 - General Boarding

**A** • Greet Customers.
• Screen carryon items and assist with stowage when possible.
- Assist Operations Agent with tagging items to be checked.
- Make supplemental PAs as necessary.



**TAGGING EXCESS CARRYON ITEMS**

**B** • Greet Customers and assist with carryon items.
• Make the Full Flight PA when the plane appears about two-thirds full, if previously notified by the Operations Agent that this will be a full flight.

**C** • Greet Customers and assist with carryon items.
• Ensure Customer compliance with OWWE criteria.

SW 000103

 **FLIGHT ATTENDANT MANUAL**

### 2.3.3 - Post-Boarding



**A**
- Make the Opening PA about five minutes prior to departure or after all Customers have boarded.
- Advise the Operations Agent of the passenger count upon receiving it from the "C" Flight Attendant. The count provided by "C" must agree with the Operations Agent's count for the rev napkin. If the counts disagree, "C" must recount.

**B**
- Assist Customers as needed.
- Remain aft in preparation for arming slides.
- At dual-boarding-bridge facilities:
  - verify the green and red lights on the face of the aft bridge are flashing alternately
  - check the mirror in the bridge to verify that boarding through the aft bridge has concluded;
  - close and lock the aft-entry door.
- If portable stairs were used at the aft-entry door:
  - inform the Operations Agent that the cabin is secured for pushback, and indicate that the entry door is ready to be closed verbally or by pressing the gust lock;
  - before closing the door, verbally agree on whether you or the Operations Agent will lock it;
  - verify the door is locked and safety straps are inside.

**C**
- Assist Customers as needed.
- Upon hearing the Opening PA, or after all Customers have boarded, take a count of all passengers in the cabin and give it to "A" Flight Attendant and the Operations Agent (if available).

**SW 000104**

**F L I G H T   A T T E N D A N T   M A N U A L** 

## 2.4 - Preparation for Pushback

### 2.4.1 - Prior to Closing the Forward Entry Door


- Remain forward to assist Customers and be available to the Operations Agent and cockpit, until notified by "B" and "C" Flight Attendants that the cabin is secure.


- Secure the cabin aft and forward, respectively, ensuring:
  - special seating guidelines are met FAR 121.285, 121.311, 121.585
  - all Customers are seated with seatbelts fastened FAR 121.311
  - seatbacks are fully upright and locked FAR 121.311, 121.577
  - tray tables are fully upright and locked FAR 121.5~
  - carryon items are properly stowed and OHBs closed and latched FAR 121.589
  - no items are stowed with emergency equipment FAR121.589
  - all portable electronic devices are turned off and stowed FAR 121.306
- Notify "A" Flight Attendant if the cabin is not secure.

### 2.4.2 - Closing the Forward Entry Door


- Inform the Operations Agent that the cabin is secured for pushback, and indicate that the entry door is ready to be closed verbally or by pressing the gust lock.
- Before closing the door, verbally agree on whether you or the Operations Agent will lock it.
- Verify the door is locked and safety straps are inside.


Remain forward and wait for the "A" Flight Attendant to request slide arming.

### 2.4.3 - Arming Slides

After the Operations Agent moves the portable stairs/jetbridge away:


- Look to see that the portable stairs/jetbridge is away.
- Make the Prepare Doors PA.
- Arm the forward entry door.

SW 000105

**F L I G H T   A T T E N D A N T   M A N U A L**

**B**
- Upon hearing the Prepare Doors PA, arm the aft-entry and aft-galley doors.
- Make this PA: "Aft doors secured."

**C**
- Arm the forward galley door.

### 2.4.4 - Notifying the Cockpit

**A**
- Upon hearing the "B" Flight Attendant's PA, "Aft doors secured," give the completed rev napkin to the Captain and state the passenger count.
- Tell the Captain the cabin is secured for pushback and close the cockpit door. FAR 121.587

## 2.4.5 - Exceptions

**Operations Agent returns the portable stairs/jetbridge to the aircraft:**

**A**
- Disarm the forward door.
- Rotate the operating handle to crack the door.

**Captain announces a lengthy delay at or away from gate:**

**A**
- Coordinate with the cockpit regarding:
  – who will make a PA and what it will include
  – timing of supplemental PAs
  – estimated time of delay
  – whether Customers may use *portable electronic devices* (PEDs)
  – whether Customers may deplane
  – whether Flight Attendant have time to take drink orders before pushback
  – whether (non-alcoholic) beverage service should commence

NOTE: all service items must be picked up, and galleys secured, prior to closing the forward entry door, or before movement-on-surface if the plane is away from the gate. FAR 121.577

F L I G H T   A T T E N D A N T   M A N U A L 

## 2.5 - Movement on Surface

When an aircraft is moving on the ground, Flight Attendants may carry out only safety-related duties.

### 2.5.1 - Sterile Cockpit FAR 121.542

During critical phases of flight—movement on surface and flight below 10,000 feet—communication with and within the cockpit is restricted to safety-related matters.

If you are uncertain whether the aircraft is below 10,000 feet and need to communicate with the Pilots:

- chime the cockpit twice. A Pilot will answer the interphone and, if sterile cockpit is in effect, inquire of you whether the call is safety-related. If so, continue; if not, hang up and call back later.

- in an emergency, chime the cockpit four times. A Pilot will answer the interphone to discuss the emergency.

SW 000107

 **FLIGHT ATTENDANT MANUAL**

## 2.5.2 - Emergency Briefing (PA) and Demonstration FAR 121.311, 121.391, AND 121.571

**A**



DEMONSTRATING THE EMERGENCY PA

- Make the Emergency PA from the forward entry area, in full view of Customers.

Conduct a final walkthrough to check for compliance:

- Check to see that escape slides are armed
- Tell "B" Flight Attendant the Customer count
- Adjust the cabin lights:
  - daytime—BRIGHT
  - evening or night—DIM, and window lights OFF. When adjusting cabin lights at night, make the Reading Lights PA.
- Assume the brace position on your jumpseat and conduct a silent 30-second review

**B**

- Demonstrate the Emergency PA at the OWWE, and again, completely, about row 18 or the aft lounge.

**C**

- Demonstrate the Emergency PA at row 1, repeating the oxygen demo about row 8

SW 000108

**FLIGHT ATTENDANT MANUAL** 

**B,C**  • Make sure Customers with special needs have been individually briefed

• Conduct a walkthrough in your area of the cabin to check compliance:

— Customers are seated with seat belts fastened, seatbacks and tray tables upright and locked, aisles and areas around their feet are clear, PEDs turned off and stowed

— OHBs are closed and latched

— galleys are secured

• Assume the brace position on your jumpseat and conduct a silent 30-second review.



BRACE POSITION (FORWARD JUMPSEAT)

**All**  2.5.3 - Exceptions

**Emergency PA Not Completed**

If the Pilot chimes to indicate departure before the Emergency PA is completed:

**A**  Chime the flight deck twice and inform the Pilots via the interphone.

**All**  Finish the briefing minus the oxygen demonstration, which must be done after takeoff before the aircraft reaches 25,000 feet.

SW 000109

 **F L I G H T   A T T E N D A N T   M A N U A L**

| **A** | • Exercise discretion on conducting the final walkthrough.<br>• Inform the Pilots when the Emergency PA is completed, using the interphone. |

## Cabin Becomes Unsecured During Movement on Surface

| **A** | • Chime the cockpit twice. and inform the Pilots via the interphone.<br>• Once the cabin is re-secured, inform the Pilots via the interphone. |

SW 000110

FLIGHT ATTENDANT MANUAL 

## 2.6 - Cruise

### 2.6.1 - General

 Unless otherwise directed by the Pilot(s), begin cabin service as soon as the aircraft is airborne and a safe walking attitude is reached. See Inflight Service Procedures chapter.

At least one Flight Attendant is to be in view of Customers at all times and performing Flight Attendant duties. Except in an emergency, never permit more than one Flight Attendant in the cockpit.

Check lavatories periodically to see that the trap door atop the trash chute remains fully closed; supplies are plentiful; fire hazards eliminated; and tidiness is kept.

**A**
- Make the Cabin Service P.A.
- Make the FASTEN SEAT BELT PAs as signaled by the FASTEN SEAT BELT sign or instructed by the cockpit.
- Adjust lights as necessary for nighttime flights or when most Customers are sleeping.
- Communicate with the cockpit on:
    - Assistance needed at the next station with, for example: wheelchairs; replacement seat-bottom cushions (specify if OWWE); lav service; more than five UMs; onboard items such as game books and prizes; and any special Customer needs or concerns.
    - Whether a dual boarding bridge is available on landing
    - Introduction of crew members to one another, if this was not possible earlier
    - Inclement weather or delay anticipated

SW 000111

 **F L I G H T   A T T E N D A N T   M A N U A L**

## 2.7 - Final Approach FAR 121.306, 121.311, 121.570, 21257~, 121.589

Two low chimes from the cockpit, accompanied by the PA "Flight Attendants, secure the cabin for arrival," indicate about five minutes remain until landing.

**A**
- Ensure that the Final Descent PA is made.
- Adjust cabin lights appropriate for outside conditions.

**A,B**
- Clean and secure your galley.
- Make a list of needed supplies for Provisioning.
- At non-Provisioning cities, restock your galley.
- Complete liquor papers and tag galley kits if necessary.
- Time permitting, assist "C" with tidying and securing the cabin.

**C**
- Collect service items and secure the cabin as described in 2.4.1 - Prior to Closing the Forward Entry Door
- Ask Customers requiring a wheelchair to deplane to wait for other Customers to clear the aisle.

NOTE: We cannot **require** these Customers to wait, but we can ask.

**All**   Assume the brace position on your jumpseat and conduct a silent 30-second review.

## 2.8 - Landing and Movement on Surface

**A**   Once the aircraft has turned off the runway, make the Arrival and Rapid Rewards PA. If the aft-entry door will be used (in addition to the forward-entry door) for deplaning, notify the Customers.

**All**   Remain belted on your jumpseat unless the cabin becomes unsecured.

SW 000112


## 2.9 - Arrival at the Gate

After the Captain turns off the FASTEN SEAT BELT sign:



- Adjust cabin lights to BRIGHT
- Make the PA, "Flight Attendants, prepare doors for arrival."
- Disarm the forward-entry and forward-galley escape slides, then remove the red straps from the windows
- Crack the forward-entry door
- Crack the forward-galley door for Provisioning service
- If portable stairs are to be used, disarm and crack the forward-entry door last and hold the Customers back. **Wait for the Operations/ Ramp Agent to open the door.**



- After the "prepare doors" PA, disarm the aft-entry and aft-galley escape slides, then remove the red straps from the windows
- Make the PA, "Aft doors prepared for arrival."
- Crack the aft-galley door for Provisioning service
- At dual-boarding-bridge facilities, **do not crack the aft-entry door.** Instead:
  - Watch for the aft jetbridge door to open
  - When the light turns solid green, open the aft-entry door fully
  - Make the PA, "Ladies and gentlemen, if you are in the rear of the plane you may exit through the rear door."
- If portable stairs are to be used, disarm and crack the aft-entry door last and hold the Customers back. **Wait for the Operations/ Ramp Agent to open the door.**
- In a non-Provisioning city, disarm and crack both aft doors.



- May disarm the forward galley door. At a Provisioning city, disarm **and crack** the forward galley door.
- Open and secure the cockpit door.

SW 000113

 **F L I G H T   A T T E N D A N T   M A N U A L**

## 2.10 - Customer Deplaning

**All**    Upon getting the Operations Agent's okay for deplaning (or, at dual-boarding-bridge facilities, "B" observes the solid green light and disarms and opens the aft-entry door), take your respective position for deplaning, extending thanks and well-wishes to Customers and assisting them as necessary. "A" and "C" are in the forward entry area, and "B" is in the aft part of the plane. If the aft door is used for deplaning, "B" takes position in the aft-entry area.

**A,C**    Provide special assistance as needed to Customers who preboarded.

**B**    On a through flight:
     • Make the Through Flight PA.

• Take a through count and give it to the Operations Agent before Customer boarding begins. If the Operations Agent is unavailable, write the count on a napkin and leave it on the podium in the jetbridge.

**C**    Carry out UM procedures (see Customer Care chapter). If a crew change is taking place, the outbound "C" takes over UM procedures. (See 2.12.1 - Inbound Crew Duties.)

SW 000114

**F L I G H T   A T T E N D A N T   M A N U A L**

**All** 2.10.1 - Cabin Tidying

Once all Customers have deplaned, all Flight Attendants will tidy the
cabin, including:

- crossing seat belts
- picking up trash in and around seats and from literature pockets
- returning pillows and blankets to the designated OHB
- opening all OHBs
- lavatories
- wiping off sink and mirrors as necessary
- spraying disinfectant or air freshener as necessary
- ensuring toilets flush
- keeping floors free of refuse and water

A hoky and biohazard cleanup kit are in the aft closet. Provisioning can
replenish or replace these upon request.

## 2.11 - Groundtime

Groundtime is duty time between scheduled flights. All Flight
Attendants must remain in the airport and available to Scheduling,
regardless of the length of groundtime or whether it is scheduled. Flight
Attendants who leave the aircraft during groundtime must notify other
crew members of their whereabouts. A Pilot without other duties or a
Flight Attendant must remain at the forward-entry door while
Customers are on the plane.

## 2.12 - Crew Change

The *inbound* crew arrives on the plane; the *outbound* crew departs with
the plane.

### 2.12.1 - Inbound Crew Duties



• Carry out as much of cabin tidying as possible before and
after landing

• Remain onboard until the outbound crew has arrived

SW 000115

**SOUTHWEST** F L I G H T   A T T E N D A N T   M A N U A L

**A** • Brief outbound "A" as necessary on UMs, LEOs, escort-and-passenger, disabled or ill Customers, special seating requirements, and any cabin or equipment discrepancies.

**B** • Make the Through Flight PA.
• Take the through count.
• Brief outbound "B" as necessary.

**C** • Turn UMs over to the outbound "C." If the outbound crew has not arrived, carry out UM procedures (see Customer Care chapter).
• Brief outbound "C" as necessary.

### 2.12.2 - Outbound Crew Duties

**A** • Brief with the Operations Agent and Captain as you would before any initial flight (see 2.1.2 - Briefing With Operations Agent)
• Watch crew luggage in the jetbridge while outbound "B" and "C" perform their duties

**B** At dual-boarding-bridge facilities, board through the aft entry door.

**C** • Carry out UM procedures
• Check emergency equipment

**B,C** Board after most Customers have deplaned and assist with cabin tidying.

**All** • Retrieve luggage from jetbridge and stow in designated locations.
• Conduct a cabin security check.

SW 000116

FLIGHT ATTENDANT MANUAL 

## 2.13 - End of Duty Day

**All**  • Remain onboard attending Customers until all have deplaned and duties are performed
- Tidy the cabin, unless the aircraft is terminating
- Cross-check slides to ensure they are disarmed

**A,B**  • Ensure all liquor papers have been completed
- Ensure that your galley has been cleaned, and if at a non-Provisioning city, that the galley has been restocked

### 2.13.1 - RON Procedures

**A,B**  Deposit the day's liquor money in the station's drop safe (see 3.7.1 - Drop Safe Locations). If the safe is inaccessible, deposit the liquor money at the same station before departure.

**All**  Proceed with the crew to the ground transportation area for hotel pickup. If transportation is not provided, request a taxi voucher from the CSS.

At hotel checkin, coordinate with other crew members on a scheduled time to leave the hotel.

If you choose not to use your hotel room, give the other Flight Attendants a contact number.

Allow time to check out of your hotel before your transportation leaves for the airport.

At hotel checkout, you must pay for personal charges. Notify Scheduling and the Pilots if a crew member is not at the gate 30 minutes before scheduled departure.

### 2.13.2 - Return-to-Domicile Procedures

Deposit that day's liquor money in the station's drop safe.

Checking your mailbox is recommended.

Complete any necessary paperwork (e.g., Inflight & Provisioning Reports, Inflight/Flight Ops Disturbance Report Forms).

SW 000117


**FLIGHT ATTENDANT MANUAL**

## 2.14 - Extremely Irregular Operations

In the event of extremely irregular operations, whether in your domicile or on an RON:

- Call home to notify your family of your location and well-being.
- Call your Supervisor.
- Check Briefing Books for Read Before Flys.
- If on an RON, communicate with your Captain and crew members.
- Stay informed and seek help through:
    - FreedomNet, Crew Portal (www.myswa.com)
    - Company Hotline 877-I-FLY-737 (877-435-9737)
    - TWU web site (www.local556atd.org)
    - TWU Hotline 800-969-SWFA (800-969-7932)
    - hotel business centers in RON cities
    - CISM hotline pager 800-408-3220

SW 000118

**F L I G H T   A T T E N D A N T   M A N U A L**   SOUTHWEST

## Section 3 - Appendix

## 3.1 - Public Announcements (PAs)

All of the following information must be provided to Customers. You may use these words or choose your own to convey the same messages.

### 3.1.1 - Full Flight

**If necessary:**

Ladies and gentlemen, this will be a full flight. We'd LUV to get you to your destination ontime, so please do us a big favor and take the first available seat. If you have two carryon items, place one all the way under the seat in front of you and the other in the overhead bin. Thank you.

### 3.1.2 - OHBs Full

**If necessary:**

Ladies and gentlemen, the overhead bins in the rear of the aircraft are full. If you have an item that won't fit under a seat, place it in the next available overhead bin you see. Thank you.

### 3.1.3 - Opening

**About five minutes before departure or when the majority of Customers have boarded:**

Good _____ and welcome aboard Southwest Airlines flight number _____, service to _____.
The Flight Attendants serving you today are_____in back, _____ at mid-cabin, and my name is _____. I'll be serving you up front.

#### On all flights (except between ISP and PVD):

Shortly after takeoff, we will serve complimentary soft drinks, juice, and coffee. Cocktails may be purchased for $4, beer and wine for $3.

SW 000119



---

> **On flights between ISP and PVD:**
>
> To serve you quickly on this short flight, after takeoff we will offer complimentary Coke, Diet Coke, and Sprite. If you would like anything else, please let us know. We will do our best to accommodate you.

## On all flights:

Please turn off and stow all electronic devices. A list of devices that may be used after takeoff is on the beverage menu page of *Spirit* magazine.

The overwing window exit is an emergency exit row. If you are seated in this row, please read the safety-information card in your seatback pocket or in the literature pocket above the rear-facing seats. If you do not meet the exit-row criteria or do not wish to perform the functions, please let us know.

So that we may push back from the gate, please fasten your seat belt, raise your seatback and tray table to the full-upright and locked position, and make sure carryon items are all the way under the seat in front of you, leaving the area around your feet clear.

Thank you for choosing Southwest Airlines. Welcome aboard.

### 3.1.4 - Prepare Doors

Flight Attendants, prepare for departure. Ladies and gentlemen, please make sure all cellular phones are turned off.

### 3.1.5 - Emergency FAR 121.571

Ladies and gentlemen, if we could have your attention for just a moment, we'd like to point out the safety features of our Boeing 737(-200/-300/-500/-700). (**Note:** Make sure to mention when your plane is a -700, for the benefit of Customers seated in the OWWE.)

To fasten your seat belt, slide the flat end into the buckle. To release, lift up on the buckle. Your seat belt should be worn tight and low across the hips, and anytime you are seated.

This aircraft is equipped with six emergency exits: two forward exit doors, two overwing window exits, and two rear exit doors. Signs overhead and lights on the floor lead to exits.

SW 000120

**FLIGHT ATTENDANT MANUAL** ◥◥◥ SOUTHWEST

A safety-information card is in the seatback pocket in front of you, or in the literature pocket to the side of you or above the rear-facing seats.

In the event of a water evacuation, your seat-bottom cushion may be used as a flotation device by removing the cushion and holding on to the straps under the cushion.

We are coming by to check that your seat belt is fastened, your seatback and tray table are in the full-upright and locked position, and your carryon items are completely under the seat in front of you, leaving the area around your feet clear.

Smoking is not allowed onboard, including the lavatories. Federal law prohibits tampering with, disabling or destroying any smoke detector in an aircraft lavatory.

Federal Aviation Regulations require passenger compliance with the lighted passenger information signs, posted placards, and crew member instructions regarding seat belts and smoking.

Although we don't anticipate a change in cabin pressure, should it occur, four oxygen masks will drop from the compartment overhead. To activate the flow of oxygen, pull down on the mask until the plastic tubing is fully extended. Place the mask over your nose and mouth and breathe normally. Secure the mask with the elastic strap. Although oxygen will be flowing, the plastic bag may not inflate. Continue wearing the mask until otherwise notified by a crew member. If you are traveling with children or anyone needing special assistance, put on your mask first.

Thank you for your attention. Please sit back, relax, and enjoy your ___ (hour-and-minute) flight to _____. Welcome aboard Southwest Airlines.

### 3.1.6 - Reading Lights

#### On night flights:

We will dim the cabin lights for departure. If you need a reading light, press the button above you with the figure of a light bulb on it.

### 3.1.7 - Cleared for Departure

Ladies and gentlemen, we have been cleared for departure.

SW 000121



**FLIGHT ATTENDANT MANUAL**

### 3.1.8 - Service

#### On all flights (except between ISP and PVD):

Ladies and gentlemen, in a few moments we will begin our inflight service. A beverage menu is in *Spirit* magazine. Cocktails are $4, beer and wine $3. Please remain seated while the FASTEN SEAT BELT sign is on. Once the FASTEN SEAT BELT sign is off, please do not form a line at the forward lavatory.

> #### On flights between ISP and PVD:
>
> Ladies and gentlemen, in a few moments we will begin our inflight service. To serve you quickly on this short flight, we will offer complimentary Coke, Diet Coke, and Sprite. If you would like anything else, please let us know. We will do our best to accommodate you. Please remain seated while the FASTEN SEAT BELT sign is on. Once the FASTEN SEAT BELT sign is off, please do not form a line at the forward lavatory.

### 3.1.9 - FASTEN SEAT BELT Sign On FAR 121.571 (A) (2)

Ladies and gentlemen, the FASTEN SEAT BELT sign has been turned on. Please make sure your seat belt is fastened. Thank you.

### 3.1.10 - FASTEN SEAT BELT Sign Off FAR 121.571 (A) (2)

Although the FASTEN SEAT BELT sign has been turned off, please keep your seat belt fastened while seated and please be careful when opening any overhead bin. Please do not form a line at the forward lavatory. Thank you.

### 3.1.11 - FASTEN SEAT BELT Reminder FAR 121.571 (A) (2)

Ladies and gentlemen, the FASTEN SEAT BELT sign is still on. Please return to your seat and keep your seat belt fastened. Thank you.

### 3.1.12 - Final Descent

Ladies and gentlemen, as we make our final descent into _____, please fasten your seat belt, raise your seatback and tray table to the full-upright and locked position, and make sure all carryon items are all the way under the seat in front of you, leaving the area

SW 000122

**F L I G H T   A T T E N D A N T   M A N U A L**

around your feet clear. It is time to turn off and stow all electronic devices. We will come by one last time to pick up cups, cans, and anything else you'd like to dispose of. Thank you.

### 3.1.13 - Arrival and Rapid Rewards

On behalf of this flight crew and Southwest Airlines, welcome to _____. Please remain seated with your seat belt fastened, seatback and tray table in their full-upright and locked position, and all carryon items stowed until the Captain turns off the FASTEN SEAT BELT sign.

Please be careful when opening the overhead bins. Items may have shifted during flight and could fall out.

If you are connecting here to another Southwest flight, please check the TV monitors in the terminal for your flight and gate number.

Free tickets are easy to earn and easy to use with Rapid Rewards, Southwest's frequent-flyer program. After just eight roundtrips in 12 consecutive months, you can fly free. Pick up an application in any Southwest Airlines gate area or visit us on the Web at Southwest.com.

We certainly have enjoyed sharing part of our day with you. We know you have a choice when you fly, and we thank you for choosing Southwest Airlines.

### 3.1.14 - Through Flight

Ladies and gentlemen, if you are continuing on with us to _____, please remain seated. _____ is coming from the back to count you. Once we have an accurate count, you are free to move about the cabin.

SW 000123



THIS PAGE INTENTIONALLY LEFT BLANK

SW 000124

**F L I G H T   A T T E N D A N T   M A N U A L** 

### 3.2 - Portable Electronic Device (PED) Policy FAR 121.306

See the Beverage Menu page of *Spirit* magazine for an up-to-date list of specific portable electronic devices and their permitted operation times.

Customers may present devices that do not match the descriptions in *Spirit*. In that case, use the following guidelines:

- In general, devices that **transmit** information or images over the airwaves are prohibited.
- Devices that **receive** information are restricted or prohibited.

If in doubt, and these guidelines or the information in *Spirit* do not provide adequate guidance, the device should be turned off. If this occurs, please note the device brand and description in an Inflight & Provisioning Report.

Customers are allowed to use cellular telephones onboard the aircraft as long as the entry door is open. Once the entry door is closed, all phones must be turned off, stowed, and remain off until the aircraft is again parked at the gate and the entry door opened. (This includes use of these phones in the game-playing mode.)

Customers may also use cellular telephones during extended ground delays, with the Captain's permission.

See the Customer Care chapter for procedures if a Customer does not comply with your request.

**SW 000125**



**FLIGHT ATTENDANT MANUAL**

### 3.3 - OWWE Criteria

Customers seated at the overwing window exit row must:

- Be willing and able to assess conditions, remove the window, and leave quickly through the exit.
- Be 15 years of age or older.
- Be able to read, understand and speak in English.
- Have visual capacity to perform functions without assistance beyond contact lenses or glasses.
- Have aural capacity to hear and understand instructions shouted by Flight Attendants without assistance beyond a hearing aid.
- Not have another responsibility, such as caring for small children, that might prevent them from performing the required functions.
- Not have a condition which might cause them harm when performing evacuation duties.
- Not require a seat belt extension.

The "C" Flight Attendant must:

- Tell Customers that they are sitting at the emergency-exit row and will be required to open the exit and assist in the evacuation in an emergency evacuation situation.
- Refer these Customers to further information on the safety information card.
- Reseat Customers, as necessary, to a row other than the overwing exit row.
- Notify the Captain and Operations Agent if a Customer who does not meet OWWE seating criteria refuses to move to another seat. If this Customer has a disability, also notify the CRO (See Customer Care chapter).

SW 000126

**F L I G H T   A T T E N D A N T   M A N U A L** 

### 3.4 - Deadheading Flight Attendants

Deadheading Flight Attendants preboard after disabled Customers. Deadheads should sit in the aft part of the plane unless they have a short connecting time or an aircraft holding at the next station.

Deadhead-crew reservations are booked to include two passenger seats and the fourth jumpseat. If the flight sells out, the most junior crew member will take the fourth jumpseat.

If deadheads arrive too late for preboarding, they must board with their numbered group.

If carryon space is unavailable, a CLAIM AT GATE tag should be used to check items.

If in uniform, deadheads may retrieve checked items from the ramp, staying within the footprint of the aircraft; out of uniform, deadheads should wait for the Operations Agent to retrieve their items.

Deadhead crew members should assist with cabin tidying between flights.

SW 000127



FLIGHT ATTENDANT MANUAL

## 3.5 - Fourth-Jumpseat Use

Fourth-jumpseat riders are Southwest Employees authorized to occupy the fourth space on the aft jumpseat during all phases of flight.

## 3.5.1 - Guidelines for Fourth-Jumpseat Use

The fourth jumpseat is available on a first-come, first-served basis to active Southwest Employees. Advance sign-up is only permitted by Company officials traveling on Company business and by Crew Scheduling for use by deadheading crew members, Cohearts, and trainees for their initial operating experience.

Check-in for the jumpseat begins at the flight's gate podium simultaneous with Customer check-in. (Some stations have established other procedures to accommodate heavy demand.)

Fourth-jumpseat riders must meet exit-row seating criteria. Additionally, an Employee may neither sign up for, nor occupy, the fourth jumpseat if traveling with a child less than five years of age.

FAA inspectors may not ride the cabin jumpseats.

No one may use the jumpseat to change a baby.

An individual signed up for the fourth jumpseat may not consume an alcoholic beverage, regardless of whether the individual is occupying the jumpseat.

The fourth-jumpseat rider must display Southwest Airlines ID at waist-level or above while occupying the jumpseat. Jumpseat riders not in uniform must adhere to Southwest's nonrevenue dress code.

The fourth-jumpseat rider may not sleep on the jumpseat.

Reading on the jumpseat is permitted only under conditions described in Work & Conduct Rules, Class III.5.

An Employee under pass suspension may not sign up for, nor occupy, the fourth jumpseat without flight-specific, written authorization from the Employee's department head.

In the event of an oversale, a Southwest Employee traveling on a positive-space pass (Form #4765) on Company business may bump a fourth-jumpseat rider traveling on personal business or on pleasure, if the Company business requires the Employee to arrive at the final destination at a specific time that requires travel on that flight.

SW 000128

F L I G H T   A T T E N D A N T   M A N U A L  

### 3.5.2 - Procedures for Fourth-Jumpseat Riders

1. Unless you are on a scheduled deadhead (see 2.1 - Check-In at Base), check in at the gate and fill out a Fourth Attendant Seat/ Cockpit Authorization Form. Give the pink copy to the Gate Agent and advise the Ops Agent that you are riding fourth jumpseat.

2. Preboard, introduce yourself to the "A" Flight Attendant and the Captain, give the white copy of the authorization form to the "A" Flight Attendant or Captain, and proceed to the aft-entry area. Stow carryon items behind the last row of seats or in an OHB.

3. Take your position on the aft jumpseat, aisleside, with seat belt and shoulder harness securely fastened for movement on surface, takeoff, and landing.

4. Once all Customers have boarded and you have obtained permission from a crew member, you may occupy a passenger seat.

5. You may assist Flight Attendants, as needed, when the FASTEN SEAT BELT sign is turned off. You must be seated with seat belt securely fastened while the sign is illuminated.

6. "B" Flight Attendant may request that you sit on the forward jumpseat during beverage and snack service to reduce congestion in the aft galley area. You may not occupy the forward jumpseat for landing.

SW 000129



## FLIGHT ATTENDANT MANUAL

### 3.6 - Irregularities

If any cabin item is inoperative or becomes inoperative during flight, the Flight Attendant will:

- notify the Captain, even if the item appears to be a minor maintenance issue
- follow the Captain's instructions on how to handle the situation

### 3.6.1 - Inflight & Provisioning Report

An Inflight & Provisioning Report must be completed anytime the following occur:

- a safety hazard to the flight, Customers, and/or crew
- emergency equipment is used
- MedLink is contacted
- an evacuation
- an abnormal situation for which the Flight Attendant believes followup by Southwest is needed

### Location

Blank IPRs are in the Flight Attendant lounge at each base. Take a few on each trip.

### Use

- Use dark blue or black ink.
- Give a clear and factual account of what happened.
- Be sure to fill in all specific blanks, e.g., date, tail number, etc.
- Leave emotions and opinions out of the report. It can be used as evidence in a court of law.
- Do not censor profanity in direct quotes.
- If one Flight Attendant on a flight fills out a report, the other two Flight Attendants must do so as well. (This saves the Company valuable time when trying to locate crew members involved in the situation.)
- A Flight Attendant not involved simply states, "I was not involved in the situation/incident nor did I witness the occurrence because _____."

SW 000130


- Obtain the name, address, and phone number of each Customer involved in the situation.
- Obtain names, addresses, phone numbers, and statements from several witnesses—at least three, if possible.
- If the situation is a medical emergency, obtain a medical history of the Customer involved. (See CPR-Rescue Breathing-Heimlich chapter.)
- Specify whether MedLink was contacted.
- Also include names and phone numbers of anyone providing medical assistance onboard.

## Distribution

The report must be filled out and turned in to a Base Supervisor within 24 hours after the completion of the pairing on which the situation occurred. However, if a member of Inflight management requests the report, it must be turned in immediately.

**Do not give the IPR or a copy of it to anyone not employed by Southwest Airlines, including FAA employees.** Advise any person requesting a copy to contact your Supervisor or Director.

### 3.6.2 - Flight Attendant Jumpseat Inoperative

An aircraft may be dispatched with an inoperative Flight Attendant jumpseat if:

- The passenger seat closest to the Flight Attendant's assigned exit is blocked for Flight Attendant seating.
    – "A" and "C" Flight Attendants will block two forwardmost C and D aisle seats.
    – "B" Flight Attendant will block only one seat, aisle side, in the last row.
NOTE: The location of this seat must allow the Flight Attendant to reach the exit before any Customer.

- A FOR FLIGHT ATTENDANT USE ONLY card is placed in this passenger seat.
- The Flight Attendant(s) occupy this seat for taxi, takeoff, and landing.

Report the inoperative jumpseat to the Captain so it can be entered into the aircraft log to be repaired or replaced at the next Maintenance base.

SW 000131

 **F L I G H T   A T T E N D A N T   M A N U A L**

### 3.6.3 - Passenger Seat Inoperative

- Report the inoperative cabin seat number to the Captain so it can be entered into the aircraft log to be repaired or replaced at the next Maintenance base.
- The seat may not be occupied until it has been repaired.

### 3.6.4 - PA System Inoperative

In the rare event that an aircraft is dispatched with an inoperative PA, the Captain will advise the Flight Attendants in a preflight briefing.

An aircraft may be dispatched with an inoperative PA system provided the interphone system and the chime system are in normal working order. Procedures to follow in the event any part of the PA system is inoperative fall into routine and emergency categories:

## Routine Situations

With one operable microphone in the cabin

- Pre-takeoff and enroute announcements will be made from the operable cabin microphone.

With operable microphone in the cockpit **only**

- All pre-takeoff announcements will be made using the microphone in the cockpit provided the announcements are completed before movement on the surface (sterile cockpit) begins.
- Any time the FASTEN SEAT BELT sign is turned on or off during flight, the pilot will make the appropriate announcement.

SW 000132


With no operable microphones on the aircraft

- Door arming/disarming notification will be communicated between the "A" and "B" Flight Attendants over the interphone.
- The pre-takeoff announcements will be delivered using the megaphone and will be limited to:
    - Deliver the entire PED/OWWE portion of the Opening PA including the "in order for us to push back from the gate" part of the PA
    - Deliver the entire Emergency PA
- The "A" Flight Attendant will deliver the PAs at the front of the cabin while the "C" Flight Attendant demonstrates the seat belt, card and mask in the forward half of the cabin. This process will be repeated with the "A" moving to mid-cabin to deliver the PAs and the "B" Flight Attendant demonstrating the equipment in the aft half of the aircraft.
- The "A" will add the following verbiage to the announcements before proceeding to mid-cabin and again at the end of the announcements delivered at mid-cabin: "After takeoff, when the Captain turns off the FASTEN SEAT BELT sign, it is recommended that you keep your seat belt fastened at all times while seated."
- Per current procedure, if there is not sufficient time to complete all PAs prior to takeoff, the PA regarding use of oxygen may be delivered after takeoff, before the aircraft reaches the altitude of 25,000 feet, using the above procedure.
- Any time the FASTEN SEAT BELT sign is turned on during flight, the FASTEN SEAT BELT Sign On PA will be made using the megaphone. Provided circumstances don't exist that would require Flight Attendants to immediately be seated with seat belts/shoulder harnesses fastened, the "A" Flight Attendant will make the PA and repeat at mid-cabin.
- The Final Descent and safety-related portion of the Arrival PA will be combined and delivered by the "A" Flight Attendant before landing using the megaphone. The announcement will be repeated at mid-cabin.

**The megaphone must be stowed and secured when not in use.**

SW 000133

 **F L I G H T   A T T E N D A N T   M A N U A L**

## Emergency Situations

In the event an unplanned evacuation becomes necessary:

- the Pilots will shout either "Evacuate" or "Remain seated" in a loud, commanding voice which can be heard by the "A" and "C" Flight Attendants.
- Flight Attendants will respond accordingly, following procedures currently in place for handling these types of situations. (see Emergency Equipment & Procedures chapter).

When preparing for a planned emergency:

- the "A" Flight Attendant will use the megaphone to deliver the PA in the forward portion of the cabin with the "C" Flight Attendant performing the demonstration. The process will be repeated at mid-cabin with the "B" Flight Attendant performing the demonstration.

In the event of a decompression:

- Since no decompression PA can be made, Flight Attendants will shout instructions through their own masks to Customers seated nearby.
- Flight Attendants must be alert while taking supplemental oxygen and urge Customers through visual means, such as hand signals, to use their oxygen masks.

SW 000134

**F L I G H T   A T T E N D A N T   M A N U A L** 

### 3.6.5 - Coffeemakers

When reporting any malfunction, please be specific about the problem. These tips for troubleshooting coffeemaker problems can help prevent unnecessary calls to Maintenance:

| problem | troubleshooting tips |
|---|---|
| Water is sputtering and not coming out in a steady flow | Prior to the first flight of the day, push the HOT WATER button and run water out of the spigot into a coffee pot. This bleeds the line and removes trapped air. (Not possible with Nordskog unit.) Then brew a pot of hot water. |
| No power is available to the coffeemaker | Ensure that the proper cockpit switches have been turned on. If galley circuit breakers are popped, report this to the cockpit. |
| Can't brew coffee | Ensure the pot locking lever is in the down and locked position. Raising this lever at any time will prevent or stop brewing.<br><br>Ensure the HOT WATER button is illuminated. This means that the water in the tank has reached brewing temperature.<br><br>Check to be sure the pot is not full. To prevent overflow, a level sensor turns off the brew cycle if it is started before the pot is empty. |
| COLD WATER button is illuminated red | Indicates that water tank is low or empty. |
| ON/OFF button does not illuminate | Press any other button to determine if the problem is only a burned-out bulb. (Pressing the LOW WATER button on the Rumbold unit tests the bulbs.) |
| Hot plate is not hot | It takes 1-3 minutes to reach the maximum temperature. (The Rumbold hot plate will not operate, even if the light is on, unless the pot-locking lever is down and locked.) |
| BREW light remains on | This light should remain on for about 15 seconds after brewing has stopped while coffee drains out of the brew cup. |
| Water drips from spigot | Press HOT WATER and COLD WATER buttons a few times to release any sediment trapped in the valves. |

SW 000135



**FLIGHT ATTENDANT MANUAL**

## 3.6.6 - AT&T Phone System Troubleshooting

Because the system operates on radio frequencies, communication may occasionally be disrupted by tall buildings or natural conditions such as bad weather, mountainous terrain or reflections from large bodies of water.

| display reads/ problem | explanation |
|---|---|
| YOUR CALL IS _____ IN LINE | Indicates caller's place in line while the system waits for an open "line" or channel. Note: up to 4 calls can be placed from the aircraft at one time. |
| RI.00C or R1000 | System is booting up and may display this message for up to three minutes. If message remains displayed throughout the flight, handset is inoperative. |
| blank screen | Handset is inoperative |
| PLEASE WAIT or STILL PROCESSING | System is searching for a line or channel. |
| cord does not retract | Open tray table and pass handset behind tray table. Stow handset and all excess cord in seatback pocket. Close and lock tray table to hold cord in place. |

- Any Customer experiencing service difficulties or unsatisfactory call quality may contact AT&T Wireless Services' Customer Care by dialing *611 from the aircraft or 800-247-6636 when on the ground.

- Any malfunction of the system should be reported to the Captain as soon as possible. Remember to include row and seat number where the inoperative phone is located. AT&T technicians will be contacted to repair the telephone.

SW 000136

FLIGHT ATTENDANT MANUAL 

## 3.7 - Liquor Policy

All liquor sales and transactions must be reported to the Company.

All Flight Attendants must turn in all liquor reports, sales, and receipts each day in their RON city or before departing that RON city the next day. Drop at the RON upon arrival is strongly encouraged, because you assume responsibilities including, but not limited to, late, lost, or stolen liquor money and the corresponding disciplinary action.[1]

On the last day of the pairing, all liquor reports, sales and receipts for that day must be dropped in the terminating domicile of that pairing.

The liquor money, coupons, and LC-1s are to be placed in the liquor envelope and must be witnessed by another Flight Attendant.

A Flight Attendant must have the drop witnessed, listing the name and Employee number of both the Flight Attendant making the drop and the witness. The names must be printed legibly.

When you have conducted a jetbridge trade and have liquor money to drop, you are to drop your liquor money in the location where you end your trip/where the trade is initiated.

If a circumstance does not allow you to drop your money in the scheduled city, an Inflight & Provisioning Report stating the details of why the drop was not made must be completed and turned into your Supervisor immediately at the end of your trip.

---

1. Failure to drop the liquor money at the end of the work day (or before departing an RON city) will result in the Flight Attendant not being credited for the liquor money. A Flight Attendant who fails to submit payment for liquor money due within the timeframe given will receive progressive disciplinary action. Completion of an Inflight & Provisioning Report does not necessarily exempt a Flight Attendant from disciplinary action. Discipline could be issued if it is determined the Flight Attendant could have successfully dropped liquor money. A Flight Attendant who fails to meet any of the policy items as stated will be held responsible for any money not reported and/or received and must make up the difference to the Company.

SW 000137



### 3.7.1 - Drop Safe Locations

A drop safe is in each Station; however, due to facility changes the safe locations may also change. **When the location of the drop safe is unknown, check with the Operations Agent.**

| city | drop safe location |
|------|--------------------|
| ABQ | baggage service office |
| ALB | behind the ticket counter, use universal code to gain access |
| AMA | behind the ticket counter in the hallway by the coat rack |
| AUS | behind the ticket counter, just inside the ticket counter door |
| BDL | ticket counter |
| BHM | ticket counter |
| BNA | behind the ticket counter |
| BOI | In checkout room behind ticket counter. If the ticket counter is not staffed, stop by the baggage service office and check with a SWA Employee. |
| BUF | baggage service office, lower level, carousel 3 |
| BUR | in baggage office (next to baggage claim area) |
| BWI | inflight lounge before the d pier, through glass double doors |
| CLE | baggage service office |
| CMH | Directly behind the ticket counter behind first door on the right. The station safe is used. |
| CRP | Behind the ticket counter, in the Supervisor's office |
| DAL | Dallas Inflight Base lounge |
| DTW | Behind the ticket counter. It is a great distance from the gate and requires directions from Operations personnel |
| ELP | baggage service office |
| FLL | ticket counter (door behind ticket counter has lock with universal code) |
| GEG | baggage service office |
| HOU | Outside the Flight Attendant lounge. Additional drop site is available on "C" side. |

SW 000138

**F L I G H T   A T T E N D A N T   M A N U A L**   SOUTHWEST

| city | drop safe location |
|------|--------------------|
| HRL | In the hall behind the ticket counter boardroom. Walk toward the Operations office and down three steps. |
| IAH | behind ticket counter |
| IND | under gate A-1 |
| ISP | in hallway outside Operations |
| JAN | behind the ticket counter |
| JAX | Baggage Service Office. If there is not a CSA in the office, one can be located at the baggage carousel to give you access. |
| LAS | baggage service office |
| LAX | baggage service office |
| LBB | in the Customer Service Supervisor's office behind the ticket counter |
| LIT | In the Agents' breakroom in the office areas directly behind the ticket counter. Same safe is used by CSAs. |
| MAF | behind ticket counter |
| MHT | ticket counter (universal code) |
| MCI | behind the ticket counter |
| MCO | customer service center next to gate 122 (universal code) |
| MDW | in Flight Attendant lounge |
| MSY | behind the ticket counter and directly in front of you as you walk through the door |
| OAK | In the Flight Attendant Lounge, Terminal One. |
| OKC | in Operations under gate C7 |
| OMA | in Operations |
| ONT | baggage service office |
| ORF | baggage service office |
| PDX | In hallway adjacent to CSA breakroom behind ticket counter. Access is through doors (universal code) behind ticket counter. |

SW 000139



**FLIGHT ATTENDANT MANUAL**

| city | drop safe location |
|------|--------------------|
| PHX | One safe is in Terminal 4 Inflight Lounge. The backside of the safe is in the Base Coordinator's office. An additional safe is in the old luggage closet next to the Customer Service Center at C1 (universal code). |
| PVD | behind the ticket counter |
| RDU | baggage service office |
| RNO | baggage service office |
| SAN | adjacent to baggage service office |
| SAT | in the reception office behind the ticket counter |
| SDF | baggage service office |
| SEA | baggage service office |
| SLC | baggage service office |
| SJC | in closet at the end of ticket counter |
| SFO | baggage service office |
| SMF | baggage service office |
| SNA | behind the ticket counter |
| STL | in hallway behind ticket counter |
| TPA | in Operations under gates 12 and 14 and at ticket counter |
| TUL | in the Operations office below gate 59 |
| TUS | Behind gate 21/22 office door. Need CSA to gain access. |

SW 000140

F L I G H T  A T T E N D A N T  M A N U A L 

## 3.8 - Charters

A *charter flight* is a segment of a pairing in which the entire aircraft and Southwest Airlines' crew have been contracted ("chartered") for private use.

### 3.8.1 - Bidding for a Charter

Flight Attendants bid for charter flights. (See the Scheduling chapter for more information on the charter bid process.)

### 3.8.2 - Charter Orders

Charter orders contain all the information regarding a specific charter flight including, but not limited to:

- type of charter and number of Customers expected
- type of meal to be served, number of meals to be boarded, and where this meal will be boarded
- any special accommodations (e.g., extra pillows and blankets, complimentary liquor service, etc.)
- if preflight beverages are to be offered in the gate area or on aircraft, and by whom
- if special liquor kits are to be boarded
- assigned seating or open seating; if there are any problems, Flight Attendants are to consult the charter Operator Representative or Customer Service Supervisor
- type of cleaning service provided (if any), where provided and by whom
- on military charters, if weapons will be brought onboard
- hotel and transportation if an overnight is required (may not be the same as the regular crew hotel); Inflight Crew Scheduling will also have hotel information
- contact number for Dispatch

SW 000141

 **FLIGHT ATTENDANT MANUAL**

## Accessing Charter Orders

Charter orders may be accessed from any computer in any Flight Attendant lounge. To access charter orders:

- Log on to the Southwest Airlines Intranet by clicking on the Freedom Net icon.
- Click on DEPARTMENTS.
- Click on SELECT A DEPARTMENT.
- Click on INFLIGHT & PROVISIONING.
- Click on INFLIGHT.
- Click on CHARTER INFORMATION.
- Scroll down the column labeled Inflight and click on the applicable charter number. The date of the charter appears next to the charter number.
- Print these charter orders to take with you.

### 3.8.3 - Charter Procedures

All FAA regulations and Company policies and procedures are to be followed when working a charter flight.

Crew meals will be provided along with Customer meals.

Caterer-provided meals must be safely stowed for takeoff and landing in compliance with carryon-item policy and FARs. Literature pockets are not acceptable stowage spaces.

Trash may not be stowed in the lavatory.

Smoking is not permitted onboard.

See 3.8.5 - Charter Checklist, if necessary.

SW 000142

**F L I G H T   A T T E N D A N T   M A N U A L** 

 • Check in one hour prior to scheduled departure at the domicile where the charter flight originates.

- Be in regulation uniform, with flashlight, ID, up-to-date manual, cleaning slips, and Inflight & Provisioning Reports.
- Meet other crew members.
- Review information obtained from charter orders.
- Be at the gate at least 30 minutes prior to departure time.
- Ensure the cabin is tidy.
- Refer to charter orders to see whether additional cleaning personnel are scheduled.
- A reserve Flight Attendant assigned to a charter flight must check in with Crew Scheduling after completing the charter.
- Follow all Southwest and FAA procedures for boarding, PAs, taxi, and inflight service.

 • Access and print charter orders.
• Brief "B" and "C" on specifics obtained from charter orders.

- Check that forward galley has been provisioned. Charter flights are usually double-provisioned with extra supplies and kits for the next flight. These may be placed in the cargo bin.
- Check forward lav for tidiness and supplies.
- Follow any preflight instructions included on the charter orders.
- Ensure that all Southwest and FAA procedures for boarding, PAs, taxi, and inflight service are followed.

SW 000143

 **FLIGHT ATTENDANT MANUAL**

**B** • Check that aft galley has been provisioned. Notify "A" Flight Attendant, Ops Agent, Provisioning Agent, or local caterer of any discrepancies.

- Count the meals immediately upon boarding or after receiving the meals to ensure there is enough for the anticipated load. If there is not, communicate this to the "A" Flight Attendant, Captain and/or Operations Agent.
- Stow meals in overhead bins. In some stations, meals may be stowed in both forward and aft overhead bins.
- Check aft lav for tidiness and supplies.
- Follow any pre-flight instructions included on the charter orders.

**C** • Check emergency equipment and notify "A" Flight Attendant and Captain of any discrepancies.

### 3.8.4 - Military Charters

### Differences

- A military officer will be appointed to check the Customer manifest list on boarding and, if applicable, supervise the loading of ammunition into the cargo bin. This person is armed and his gun will be visible.
- An inspector will check the aircraft for cleanliness (galleys, ashtrays, and overall). Discrepancies should be handled by the Flight Attendants if a cleaning crew is not available.
- The inspector will also check the plane's emergency equipment and may verify the amount of equipment with a Flight Attendant.
- When the charter orders call for weapons to be carried onboard, the weapons should be placed under seats with the gun straps secured to the seat legs.
- When sufficient room is not available under the seats, guns may be placed in the overhead bins, flat on the bin floor with all other soft-sided carryon items on top.
- Military charters scheduled for four or more hours will be supplied with a snack and a meal. The snack and the meal are to be served at separate times. (See Table)

SW 000144

F L I G H T   A T T E N D A N T   M A N U A L 

| flights taking off before 0930 | flights taking off after 0930 |
|---|---|
| **after takeoff:**<br>  beverages<br>  meal<br>  refills - pick up | **after takeoff:**<br>  beverages<br>  meal<br>  refills - pick up |
| **mid-flight** | **mid-flight** |
| approx. 2 hours before landing | approx. 2 hours before landing |
|   beverages<br>  peanuts /raisins as alternative<br>  sweet snack<br>  refills - pick up |   beverages<br>  peanuts /raisins as alternative<br>  salty snack<br>  refills - pick up |
| approximately 30 minutes before<br>  landing:<br>  coffee/water and a single<br>  wrapped cookie | approximately 30 minutes before<br>  landing:<br>  coffee/water and a single<br>  wrapped cookie |

## Refueling Stops and Military Charters

Depending on the destination, it could be necessary to land at a military base for refueling. Some bases require Customers to deplane. Flight Attendants will be advised of the regulations in place at the base where fueling takes place and will advise Customers accordingly.

If the aircraft is equipped with photoluminescent floor strip lighting, turn the lights to BRIGHT during refueling.

## Meal and Beverage Service Differences

Milk is provided on all military charter flights.

- Milk will be stowed by the catering agent or Provisioning Agent.
- If no Agent is available, the Flight Attendants will stow the milk in the following locations:
- -200: in an ice chest in the aft galley stowage module
- -300/-500/-700: in crates in the aft galley stowage module

The selling or serving of alcoholic beverages is prohibited on all military charters.

### 3.8.5 - Charter Checklist

If awarded a Charter flight, the following checklist can be used as a quick reference tool.

SW 000145

**FLIGHT ATTENDANT MANUAL**

☐ Standard checkin of one hour prior to scheduled departure of charter in domicile where charter originates.

☐ Introduce yourself to your crew.

☐ The "A" Flight Attendant must obtain charter orders and review specific information pertaining to the charter. charter orders must be accessed on the SWA Intranet via a Company computer in the Flight Attendant lounge.

☐ Intranet instructions:
  1) Log on to SWA Intranet
  2) Click on DEPARTMENTS
  3) Click on SELECT A DEPARTMENT
  4) Click on INFLIGHT
  5) Click on CHARTER INFORMATION
  6) Scroll down the column labeled inflight and click on the applicable charter number. The date of the charter appears next to the charter number.
  7) Print these charter orders to take with you.

☐ "A" Flight Attendant briefs crew on charter information.

☐ Standard gate checkin of 30 minutes prior to departure.

☐ Upon boarding, if meal is provided, the "B" Flight Attendant counts the meals and reports count to the "A" Flight Attendant. "A" Flight Attendant verifies the meal count matches that of the charter orders.

☐ Any discrepancies should be discussed with the Operations Agent, Provisioning Agent or Caterer, whichever is applicable.

☐ Both "A" and "B" Flight Attendant ensure their galleys have been provisioned.

☐ Meals should be stowed in the OHBs.

☐ Follow any preflight instructions included on the charter orders.

☐ Tidy the cabin, fold blankets, and place pillows and blankets in OHBs. Refer to charter orders to determine if special arrangements have been made for additional cleaning crews.

☐ All boarding, taxi, PAs, briefings, and service procedures are followed as on a regularly scheduled flight.

☐ Meals should be served asap and not sit in the OHBs because of temperature concerns for certain food items.

☐ Some commercial charters have assigned seating. If there are any problems refer the problem to the Charter Operator Representative or Customer Service Representative.

☐ All Company policies, procedures, charter order information and FARs are adhered to.

☐ If overnight is required, refer to charter orders for accommodation and transportation information (they may differ from the crew hotel in cities in which we fly in our system). Inflight Crew Scheduling also has this information.

☐ Any problems with the operation of the charter itself, call Dispatch at 800-447-9291 and submit an Inflight & Provisioning Report.

☐ A reserve Flight Attendant assigned to a charter must check with Crew Scheduling after completion of the charter.

SW 000146

**F L I G H T   A T T E N D A N T   M A N U A L** 

### 121.587 - Closing and Locking of Flight Crew Compartment Door

(a) Except as provided in paragraph (b) of this section, a pilot in command of an airplane that has a lockable flight crew compartment door in accordance with 121.313 and that is carrying passengers shall ensure that the door separating the flight crew compartment from the passenger compartment is closed and locked during flight.*

(b) The provisions of paragraph (a) of this section do not apply--

   (1) During takeoff and landing if the crew compartment door is the means of access to a required passenger emergency exit or a floor level exit; or,

   (2) At any time that is necessary to provide access to the flight crew or passenger compartment to a crew member in the performance of his duties, or for a person authorized admission to the flight crew compartment under 121.547.**

### 121.589 - Carryon Baggage (Printed in entirety)

(a) No certificate holder may allow the boarding of carryon baggage on an airplane unless each passenger's baggage has been scanned to control the size and amount carried on board in accordance with an approved carryon baggage program in its operations specifications. In addition, no passenger may board an airplane if his/her carryon baggage exceeds the baggage allowance prescribed in the carryon baggage program in the certificate holder's operations specifications.

(b) No certificate holder may allow a passenger entry door of an airplane to be closed in preparation for movement on surface or pushback unless at least one required crew member has verified that each article of baggage is stowed in accordance with this section and 121.285 (c) and (d)

(c) No certificate holder may allow an airplane to takeoff or land unless each article of baggage is stowed:

   (1) In a suitable closet or baggage or cargo stowage compartment placarded for its maximum weight and providing proper restraint for all baggage or cargo stowed within, and in a manner that does not hinder the possible use of any emergency equipment; or

   (2) As provided in 121.285(c) of this part; or

   (3) Under a passenger seat.

(d) Baggage, other than articles of loose clothing, may not be placed in an overhead rack unless that rack is equipped with approved restraining devices or doors.

**FLIGHT ATTENDANT MANUAL**

(e) Each passenger must comply with instructions given by crew members regarding compliance with paragraphs (a),(b),(c),(d), and (g) of this section.

(f) Each passenger seat under which baggage is allowed to be stowed shall be fitted with a means to prevent articles of baggage stowed under it from sliding forward. In addition, each aisle seat shall be fitted with a means to prevent articles of baggage stowed under it from sliding sideward into the aisle under crash impacts severe enough to induce the ultimate inertia forces specified in the emergency landing condition regulations under which the aircraft was type certified.

(g) In addition to the methods of stowage in paragraph (c) of this section, flexible travel canes carried by blind individuals may be stowed - -

  (1) Under any series of connected passenger seats in the same row, if the cane does not protrude into an aisle and if the cane is flat on the floor; or

  (2) Between a non-emergency exit window seat and the fuselage, if the cane is flat on the floor; or

  (3) Beneath any two non-emergency exit window seats, if the cane is flat on the floor; or

  (4) In accordance with any other method approved by the Administrator.

**F L I G H T   A T T E N D A N T   M A N U A L**

## Section 5 - Carryon-Item Policy FAR 121.589

All Customers and Employees may board with one carryon item plus a smaller, personal-type item. Personal items include purses, briefcases, and laptops (including case).

Crewmembers in full uniform may board with their normal complement of items.

## 5.1 - Sizing Boxes

Sizing boxes measuring 10x16x24 are at each station to help Customers and Employees determine if items can be carried aboard. Items that cannot be contained within the sizing box must be checked to the Customer's final destination. Assistive devices for the disabled are exempt from sizing-box criteria. See 5.3 - Irregularly Shaped Items for other exceptions.

## 5.2 - Carryon Items

The following guidelines apply to items carried onboard the aircraft.

- Carryon items must fit into a sizing box.
- Once onboard, a carryon item must fit under a passenger seat equipped with a restraint bar or in an approved OHB.
- Southwest will not accept any carryon item(s) that cannot be safely stowed in the passenger cabin of the aircraft. No carryon item will be accepted for transport in the cockpit, in a galley, in an aircraft lav or in any other area not specifically designated for the stowage and transport of carryon items.

## 5.2.1 - Items Not Counted as Carryon Items

- assistive devices for Customers with qualified disabilities
- outer garments (e.g., overcoats or raincoats)
- approved child restraint devices (CRDs) which have been ticketed or for which complimentary, available space exists
- food-storage containers of working, deadheading, and commuting Crewmembers in uniform

## 5.2.2 - Approved Carryon Items

- garment bag
- briefcase
- shopping bag
- computer
- papoose-like baby carrier with hard, non-folding frame
- portfolio, provided a space in the onboard portfolio stowage compartment is available
- unapproved or unticketed CRD (such as a booster seat) which cannot or will not be used during movement on surface, takeoff, or landing
- cooler/styrofoam cooler
- suitcase (hard and soft)
- camcorder
- trade tools

## 5.3 - Irregularly Shaped Items

Items of reasonable size which protrude from only one side of the sizing box may be permitted onboard if they are not checkable.

- These items count as carryons (unless ticketed) and must fit into an OHB without unfairly depriving other Customers of OHB space.
- Irregularly shaped items can include but are not limited to:
  - musical instruments
  - blueprints
  - umbrellas
  - sports-related equipment (e.g., fishing poles) that can be folded down into a size that fits in the sizing box
  - professional TV cameras or camcorders

**F L I G H T   A T T E N D A N T   M A N U A L**

## 5.4 - Ticketed Articles and Boarding Verification Document

Customers will have the option of purchasing a ticket for delicate or larger items. A boarding verification document (BVD) will be issued at the ticket counter or gate for a ticketed item approved by Ground Operations, e.g., musical instruments, big gifts, etc. This document is also issued for a lap child. The BVD's purpose is to provide accountability for all persons and occupied seats.

| | | |
|---|---|---|
| **BOARDING VERIFICATION DOCUMENT** | | |

FLT _____ / _____ DATE_____ ORIG _____ DEST _____

☐ NON-TICKETED LAP CHILD

NAME_____ AGE_____

CUSTOMER SIGNATURE _____

☐ TICKETED ITEM

ITEM _____

GATE AGT _____

WN-394 (Rev. 5/94)          TOP COPY - TICKET LIFT          3rd COPY - INFLIGHT

**BOARDING VERIFICATION DOCUMENT**

## 5.4.1 - Procedures

- The Customer will give the yellow copy of the BVD to the "A" Flight Attendant so that the Flight Attendant is aware of unticketed children or ticketed articles. Having this information will help to ensure an accurate Customer count.
- The yellow copy of the form can be thrown away at the end of the Customer's flight.

Case 2:03-cv-01444-FCD-EFB   Document 130-1   Filed 09/27/06   Page 84 of 89

### 5.4.2 – Securing a Ticketed Item FAR 121.285

The item must:

- be secured in a seat with a seat belt or seat-belt extension
- be secured in the first row aft of a bulkhead or divider, starting window side (exception: OWWE lounge)
- not restrict access to an aisle or exit
- not block Customer view of NO SMOKING, FASTEN SEAT BELT or EXIT signs

## 5.5 – Scanning Point – Gate Area and Customer Boarding

CSAs and Operations Agents at the points of checkin and boarding, will scan the lounge and jetbridge areas to determine the acceptability of carryon items and ensure compliance with Southwest's carryon-item policy.

- Employees will refuse to allow any carryon items which do not comply with FARs and which cannot be reasonably or safely accommodated.
- Ramp Employees will assist by ensuring that items removed to the cargo holds are tagged and loaded for transport.
- Flight Attendants and Ground Operations Employees will also be prepared to tag and remove to the jetbridge any item that is inappropriate for onboard stowage.

## 5.6 – General Guidelines for Stowage of Carryon Items

Although the "A" Flight Attendant will have the ultimate responsibility for ensuring the proper stowage of all carryon items, all Flight Attendants are responsible for ensuring that carryon items are properly stowed in the OHBs.

Assisting Customers with their carryon items reduces the likelihood of injury or damage that might result from improper stowage, and is consistent with our policy of providing Positively Outrageous Service.

Guidelines for stowing carryon items are:

- Items must not be stowed in such a manner that they will interfere with access to emergency equipment, aisles, or exits.
- Items must not be stowed in a lavatory or any other non-approved stowage location.

**F L I G H T   A T T E N D A N T   M A N U A L** 

- Politely encourage Customers to place heavy or hard-sided items, such as computers, under the seat.
- If hard-sided items are placed in the overhead bins, they should be flat on the floor of the bin.
- Ensure briefcases and other items are not stacked on top of each other in the overhead bins.
- When bins are full, attempt to find another location and inform the Customer of that location. It is permissible to stow luggage in the overhead bins designated for pillow and blanket stowage if that space is available.
- Take extreme care when opening any overhead bin to assist in the stowage of carryon luggage. Open the bin very slowly, using one hand to open the bin, keeping the other hand in a position that would allow you to prevent any luggage from falling out.
- When a cooler is brought onboard, it must be secured as any carryon item, under the seat or in an overhead bin. If a cooler contains ice, it is not to go in an overhead bin. Styrofoam coolers will not be checked.
- When bags must be checked, deliver the bag to the Ops Agent ensuring that the bags are tagged and that the Customer gets the claim check. Please be sure to ask the Customer for his final destination.

## 5.6.1 - Portfolio Compartment

All Southwest aircraft have a portfolio compartment in the aft section of the cabin. This space is limited and will be filled on a first-come, first-served basis.

Case 2:03-cv-01444-FCD-EFB     Document 130-1     Filed 09/27/06     Page 86 of 89

## 5.7 - Gate-Checked Items—Claim-at-Gate Tag

Any item that a Customer needs immediately upon arrival can be checked at the gate or at the door of the aircraft and will be delivered to the door of the aircraft upon arrival. These items will be tagged with a destination tag and a CLAIM AT GATE tag.



This tag is used for:

- medical equipment such as personal wheelchairs
- baby strollers and car seats checked due to lack of space
- luggage of deadheading Flight Attendants who arrive at the gate too late to preboard with no space available on the aircraft to stow luggage. If deadheading in uniform, the Flight Attendant will retrieve luggage on the ramp upon arrival.

FLIGHT ATTENDANT MANUAL 

## 5.8 - One-Item Flights

When Customer loads are heaviest, Ground Ops can reduce the
number of allowed carryon items to one, plus the exceptions
listed in the Carryon-Item Policy.

- Only Ground Ops may impose this restriction.
- Stations have the responsibility and the latitude to determine
  which flights will be selected as one-item flights.
- This restriction will be imposed from the time the flight is
  opened to ensure fairness and to avoid undue hardship on the
  last boarding group(s).
- Working and deadheading crewmembers are exempt from
  this restriction.

THIS PAGE INTENTIONALLY LEFT BLANK

# HELLER & HIBBERT, LLP

STEVEN M. HELLER

ATTORNEYS AT LAW

6833 FAIR OAKS BOULEVARD
CARMICHAEL, CALIFORNIA 95608

TELEPHONE
916.971.8500

FACSIMILE
916.971.8501

December 5, 2005

Honorable Magistrate Peter A. Nowinski
United States District Court
Eastern District of California
501 I Street, Room 4200
Sacramento, CA 95814

Attention:  Nick

Re:  *Beattie v. Southwest Airlines, et al.*
     Case No. S-03-1444 FCD PAN

Dear Nick:

This will confirm my voicemail message to you of Friday, December 2, 2005, wherein I advised you plaintiffs would be dropping from calendar their Motion to Compel Production of Defendant's Flight Attendant Manual in its Entirety, scheduled for December 7, 2005.

If you have any questions, please do not hesitate to contact this office.

Very truly yours,

HELLER & HIBBERT, LLP

/s/  Brenda L. Gilbert

Brenda L. Gilbert
Legal Assistant to Steven M. Heller

/blg

cc:  Elizabeth Dolter - by facsimile

EXHIBIT  **E**