STEPHEN C. KENNEY (SBN 53883)
ELIZABETH L. DOLTER (SBN 128457)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:    (415) 397-3100
Facsimile:    (415) 397-3170

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION - **ECF PROGRAM**

| | |
|---|---|
| LINDA S. BEATTIE and BRUCE C. BEATTIE,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1-100,<br><br>    Defendants. | CASE NO.  S-03-1444-FCD-EFB<br><br>**DECLARATION OF PAULA GAUDET IN OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE TRIAL**<br><br>DATE:        October 4, 2006<br>TIME:         9:00 a.m.<br>HON. FRANK C. DAMRELL, JR.<br><br>TRIAL DATE:  October 4, 2006 |

I, PAULA GAUDET, declare:

1.    The contents of this declaration are true of my own knowledge, and if called as a witness in this action, I could and would competently testify to the matters contained in this declaration.

2.    I am employed by Southwest Airlines Co. ("Southwest") as its Director of In-Flight Standards and In-Flight Training. I have held this position since August 2001.

3.    I will be testifying at the trial of this case as an employee expert and will be offering both lay testimony and expert testimony. My lay and expert testimony will include a

{30170.301680 0124850.DOC}                                           -1-
DECLARATION OF PAULA GAUDET IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE TRIAL
CASE NO. S-03-1444-FCD-EFB

description of Southwest's flight training and procedures and my knowledge of standards in the airline industry with regard to stowage of carry-on baggage and pre-flight and in-flight procedures.

4. I have been preparing for my trial testimony in this case in the last month. As part of that preparation, I have traveled from Dallas, Texas to San Francisco twice in the last month.

5. I have also blocked out my busy calendar for a substantial portion of October 2006 so that I can travel from Dallas, Texas to Sacramento to testify at trial.

6. I have spoken with Andrew Kane, John Houpt and Victoria Seager Trujillo, the three flight attendants on Southwest Flight 794 on April 2, 2002, the date of the laptop bag incident involving Linda Beattie. These flight attendants have had their flight attendant schedules altered in order for them to be available to testify at trial. The changes to Mr. Kane, Mr. Houpt's and Ms. Trujillo's flight attendant schedules have also necessitated changes in other flight attendants' schedules due to a ripple effect. It would be an unfair administrative burden for these flight attendants' schedules to be changed again due to the number of flight attendants involved and the need for supervisors' and upper management approval for last minute schedule changes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29 day of September, 2006, at San Francisco, California.

_____
PAULA GAUDET

Kenney & Markowitz L.L.P.

{30170.301680 0124850.DOC}                -2-
DECLARATION OF PAULA GAUDET IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE TRIAL
CASE NO. S-03-1444-FCD-EFB