UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA S. BEATTIE. et al.,

        Plaintiff(s),

  v.

SOUTHWEST AIRLINES,

        Defendant(s).

_____/

NO. CIV. S-03-1444 FCD/EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the parties in the above action the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 14, 2006. The jury trial date of October 4, 2006 is VACATED and all pending motions in limine are deemed MOOT.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: October 3, 2006

                                       /s/ Frank C. Damrell Jr.
                                       FRANK C. DAMRELL, JR.
                                       United States District Judge