1  STEVEN M. HELLER, ESQ. (SBN 79067)
   HELLER & HIBBERT
2  11335 Gold Express Drive, Suite 145
   Gold River, CA 95670
3  Telephone:   (916) 853-0500
   Facsimile:    (916) 858-0220
4
   Attorneys for Plaintiffs
5  LINDA S. BEATTIE and BRUCE C. BEATTIE

6  STEPHEN C. KENNEY (SBN 53883)
   ELIZABETH L. DOLTER (SBN 128457)
7  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
8  San Francisco, CA  94111
   Telephone:   (415) 397-3100
9  Facsimile:    (415) 397-3170

10 Attorneys for Defendant
   SOUTHWEST AIRLINES CO.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION - ECF PROGRAM

| | |
|---|---|
| LINDA S. BEATTIE and BRUCE C. BEATTIE,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., and DOES 1-100,<br><br>    Defendants. | CASE NO.  S-03-1444-FCD-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs Linda Beattie and Bruce Beattie and defendant Southwest Airlines Co., through their respective counsel, that the above-entitled action shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

{30170.301680 0125576.DOC}                    -1-
STIPULATION AND ORDER OF DISMISSAL
CASE NO.  S-03-1444-FCD-EFB

DATED: November __, 2006           HELLER & HIBBERT

                                   By:_____
                                       STEVEN M. HELLER
                                       Attorneys for Plaintiff
                                       LINDA BEATTIE and
                                       BRUCE BEATTIE


DATED: November __, 2006           KENNEY & MARKOWITZ L.L.P

                                   By:_____
                                       STEPHEN C. KENNEY
                                       ELIZABETH L. DOLTER
                                       Attorneys for Defendant
                                       SOUTHWEST AIRLINES CO.

## ORDER

**IT IS SO ORDERED.**

DATED: November 30, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE